AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes<br><br>*Plaintiff(s)*<br>v.<br>United States Immigration and Customs Enforcement, et al.,<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alex Azar, Secretary of the Department of Health and Human Services
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/25/2018                                                   _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-928  MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Customs and Border Protection
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/25/2018                                                                           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:18-cv-928  MJP <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  L. Frank Cissna, Director of USCIS
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____06/25/2018_____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States Immigration and Customs Enforcement, et al.,<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Homeland Security
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/25/2018                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:18-cv-928  MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Health and Human Services
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/25/2018_____                                                                 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes<br><br>*Plaintiff(s)*<br>v.<br>United States Immigration and Customs Enforcement, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:18-cv-928  MJP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Homan, Acting Director of United States Immigration and Customs Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/25/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:18-cv-928 MJP |
| United States Immigration and Customs Enforcement, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Immigration and Customs Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/25/2018                                                         

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Lloyd, Director, Office of Refugee Resettlement
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/25/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin K. McAleenan, Acting Commissioner, United States Customs and Border Protection
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/25/2018                                                  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marc J. Moore, Seattle Field Office Director
United States Immigration and Customs Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/25/2018                                                              _____
                                                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes <br><br> *Plaintiff(s)* <br> v. <br> United States Immigration and Customs Enforcement, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:18-cv-928 MJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kirstjen Nielsen, Secretary of Homeland Security
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    06/25/2018                                                               _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes<br><br>*Plaintiff(s)*<br>v.<br>United States Immigration and Customs Enforcement, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-cv-928 MJP<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Office of Refugee Resettlement
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/25/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Yolany Padilla, Ibis Guzman, Blanca Orantes<br><br>*Plaintiff(s)*<br>v.<br>United States Immigration and Customs Enforcement, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:18-cv-928 MJP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Citizenship and Immigration Services
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
matt@nwirp.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/25/2018                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*