The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, and BLANCA ORANTES;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; and MARC J. MOORE, Seattle Field Office Director, ICE;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>NOTICE OF APPEARANCE |

TO:       CLERK OF THE COURT;

AND TO:  ALL PARTIES AND THEIR COUNSEL.

NOTICE OF APPEARANCE - 1
Case No. 2:18-cv-928 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53097492.1

PLEASE TAKE NOTICE that Thomas F. Ahearne, Joanna Plichta Boisen, Benjamin J. Hodges, Kevin Ormiston, and Foster Pepper PLLC hereby appear in the above-entitled cause on behalf of Plaintiffs-Petitioners Yolany Padilla, Ibis Guzman, and Blanca Orantes and request that all further pleadings and papers, except original process, be served upon the undersigned attorneys at the address stated below.

William F. Abrams (California Bar No. 88805) of Foster Pepper PLLC will also be appearing as soon as his *Pro Hac Vice* application is approved by this court.

DATED this 27th day of June, 2018.

*s/ Thomas F. Ahearne*
Thomas F. Ahearne, WSBA #14844
Email:  ahearne@foster.com

*s/Joanna Plichta Boisen*
Joanna Plichta Boisen, WSBA #38368
Email:  Joanna.boisen@foster.com

*s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
Email:  ben.hodges@foster.com

*s/ Kevin Ormiston*
Kevin Ormiston, WSBA #49835
Email:  kevin.ormiston@foster.com

*\*s/ William F. Abrams\**
\*William F. Abrams, California Bar #88805
\*Application to appear pro hac vice filed this date
\*Email:  bill.abrams@foster.com


FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
*Attorneys for Plaintiffs-Petitioners*

NOTICE OF APPEARANCE - 2
Case No. 2:18-cv-928 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

53097492.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 27th day of June, 2018.

> *s/ Laura G. White*
> Laura G. White, Legal Assistant
> FOSTER PEPPER PLLC
> 1111 Third Avenue, Suite 3000
> Seattle, Washington  98101-3292
> Telephone: (206) 447-7294
> Facsimile: (206) 447-9700
> Email: laura.white@foster.com

NOTICE OF APPEARANCE - 3
Case No. 2:18-cv-928 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53097492.1