UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., | CASE NO. C18-928 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In light of a disturbing trend in the formatting of recent filings, the Court pre-emptively issues this reminder of the necessity to adhere to the formatting requirements set out in the Local Rules; specifically, the formatting requirements set out in LCR 10(c)(1) ("The text of any typed or printed brief must be 12 point or larger…").  Any pleadings which fail to conform to this requirement will be rejected and the party will be ordered to reformat and resubmit the pleading in proper format.

MINUTE ORDER - 1

1  The parties are also reminded that substantive argument and citation is to be confined to
2  the body of the pleading – footnotes are only to be used for elaboration or incidental information.
3  Any use of footnotes that the Court considers an attempt to evade page limitation requirements
4  will result in rejection of the pleading and an order to resubmit in proper format.

6  The clerk is ordered to provide copies of this order to all counsel.
7  Filed July 12, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2