UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., | CASE NO. C18-928 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

While the Local Rules of this district only require that all pleadings filed in the district be in a font which is 12 points or larger (LCR 10(c)(1)), the Court wishes to make it clear to the parties that all pleadings filed before this Court must be in font which is 12 point Times New Roman or larger. Pleadings filed in any other font type will not be accepted.

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER - 1

1

2   Filed July 12, 2018.

3
            <u>William M. McCool   </u>
4            Clerk of Court

5             <u>s/Paula McNabb   </u>
             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2