The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, et al.,

    Plaintiffs,

  v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Defendants.

Case No. 18-cv-0928 MJP

**DECLARATION OF ASHLEEN O'BRIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Ashleen O'Brien, hereby declare:

1) I submit this declaration in support of Plaintiffs' motion for class certification. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2) I am a Receptionist/Front Desk Coordinator at the Northwest Immigrant Rights Project (NWIRP). I have been in this position since May 29th, 2017, and have worked at NWIRP since August of 2016.

3) Beginning on June 12th, NWIRP's Executive Director assigned me to help coordinate legal assistance for individuals detained in Department of Homeland Security (DHS)

O'BRIEN DECL. - 1 of 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

custody at the Federal Detention Center (FDC) in SeaTac, Washington. These individuals were transported to Washington State after being apprehended at or near the U.S./Mexico border as a part of the government's zero tolerance policy. Many were prosecuted for unlawful entry and/or separated from their children.

4) I have since coordinated legal representation in Credible Fear interviews and custody determinations for these FDC detainees as well as for individuals detained at the Northwest Detention Center in Tacoma that also experienced family separation under the zero tolerance policy.

5) On or about June 5th, our office first learned of two asylum seekers who had been separated from their children at the border by the U.S. government who were being held at the FDC in SeaTac. We sent attorneys to interview them and learned there were scores of other asylum seekers being detained at the detention center. We began compiling a list of the names of all the detained asylum seekers who had been sent to the FDC in SeaTac and coordinating efforts with NWIRP staff and volunteer attorneys to interview those individuals.

6) On June 9th, 2018, we learned from Congresswoman Pramila Jayapal's office that the federal government had transferred a total of 206 individuals from DHS detention centers in Texas to the FDC in SeaTac. Although all of these individuals were reportedly asylum seekers, none described having received Credible Fear interviews before arriving to Washington.

7) The vast majority of detainees reported entering the U.S. in May of 2018, but some reported entering and being apprehended in April.

O'BRIEN DECL. - 2 of 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

8) The earliest confirmed date a detainee at FDC was given their Credible Fear interview was not until June 14, 2018, while detained at FDC. While we still have not been able to make contact with each individual to confirm their interview date, the latest date that a detainee at FDC reported having her Credible Fear interview was July 11, 2018.

9) Another detainee at FDC who is receiving pro-bono representation through NWIRP was not served the outcome of his Credible Fear interview nor his Notice to Appear until July 17, 2018.

10) I continue to receive calls at the front desk in our Seattle office from detainees at FDC stating that they have yet to receive a bond hearing and do not know how to request one. Bond hearings requested before July 20th are being scheduled for early August at FDC.

11) The vast majority of these detained asylum seekers entered the country without inspection, do not have prior orders, and thus are eligible for bond once they receive a positive Credible Fear determination. Although we have not been able to confirm the Credible Fear determination for every detainee, from the information I do have I estimate 80%-90% of the detainees at FDC received positive determinations.

12) Based on the information we have, I estimate that only approximately 20% of the 206 individuals initially detained at FDC presented themselves at a Port of Entry requesting asylum and are therefore not eligible to request a bond hearing. As of July 24, 2018, none of these individuals have been released on parole by DHS.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing information is true and correct to the best of my knowledge and belief.

O'BRIEN DECL. - 3 of 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611

Executed in Seattle, WA on the 26th of July, 2018.

By: _____
Ashleen O'Brien

O'BRIEN DECL. - 4 of 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611