*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.;  IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.;  BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>                                        Plaintiffs-Petitioners,<br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; MARC J. MOORE, Seattle Field Office Director;, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California;<br><br>                                        Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE- 1
CASE NO. 2:18-cv-928  MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53118806.1

I hereby certify that on July 30, 2018, I filed the following:

1. Plaintiffs' Motion For Class Certification Of The Amended Complaint's "Credible Fear Interview Class" & "Bond Hearing Class", with proposed Order;

2. Declaration Of Glenda M. Aldana Madrid In Support Of Plaintiffs' Motion For Class Certification;

3. Declaration Of Ashlen O'Brien In Support Of Plaintiffs' Motion For Class Certification;

4. Declaration Of Matt Adams In Support Of Plaintiffs' Motion For Class Certification; and

5. Declaration Of Thomas F. Ahearne In Support Of Plaintiffs' Motion For Class Certification

with the Clerk of Court using the CM/ECF system, which will send notification of such filings to those attorneys of record registered on the CM/ECF system.  All other parties shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Laura G. White*
Laura G. White, Legal Assistant
Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3293
Telephone:  (206)  447-7952
Facsimile:  (206)  447-9700
Email:  laura.white@foster.com

PLAINTIFFS' CLASS CERT MOTION RE: "CREDIBLE FEAR INTERVIEW" & "BOND HEARING" CLASSES - 1

CASE NO. 2:18-cv-928  MJP
53118806.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700