UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Yolany PADILLA, et al.,

          Plaintiffs-Petitioners,

          v.

U.S. Immigration and Customs Enforcement ("ICE"), et al.,

          Defendants-Respondents.

Case No. 2:18-cv-928-MJP

**AFFIDAVIT OF SERVICE**

I, Sydney Maltese, hereby attest as follows:

1.  Pursuant to Federal Rules of Civil Procedure 4(i)(2) and 4(i)(1)(A), on June 27, 2018, I mailed a copy of the summons and complaint to the U.S. Attorney's Office for the Western District of Washington via overnight express certified mail, return receipt requested, to the following address:

        United States Attorney's Office
        Western District of Washington
        700 Stewart Street, Suite 5220
        Seattle, WA 98101-1271

AFF. OF SERVICE - 1
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

Delivery confirmation for these documents is attached to this affidavit.

2. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to U.S. Immigration and Customs Enforcement (ICE) via certified mail, return receipt requested, to the following address:

United States Immigration and Customs Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

3. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to the U.S Department of Homeland Security (DHS) via certified mail, return receipt requested, to the following address:

United States Department of Homeland Security
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

4. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to the U.S. Customs and Border Protection (CBP) via certified mail, return receipt requested, to the following address:

United States Customs and Border Protection
c/o Office of the General Counsel
Department of Homeland Security

AFF. OF SERVICE - 2
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

5. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to U.S. Citizenship and Immigration Services (USCIS) via certified mail, return receipt requested, to the following address:

United States Citizenship and Immigration Services
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

6. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to the U.S. Department of Health and Human Services (HHS) via certified mail, return receipt requested, to the following address:

United States Department of Health and Human Services
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Delivery confirmation for these documents is attached to this affidavit.

7. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to the Office of Refugee Resettlement (ORR) via certified mail, return receipt requested, to the following address:

AFF. OF SERVICE - 3
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

United States Office of Refugee Resettlement
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Delivery confirmation for these documents is attached to this affidavit.

8.  Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of

the summons and complaint to Thomas Homan, Acting Director of ICE, via certified

mail, return receipt requested, to the following address:

Thomas Homan, Acting Director of United States Immigration and Customs
Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

9.  Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of

the summons and complaint to Kirstjen Nielsen, Secretary of DHS, via certified mail,

return receipt requested, to the following address:

Kirstjen Nielsen, Secretary of Homeland Security
c/o Office of the General Counsel
United States Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

AFF. OF SERVICE - 4
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

10. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to Kevin K. McAleenan, Acting Commissioner of CBP, via certified mail, return receipt requested, to the following address:

Kevin K. McAleenan, Acting Commissioner
United States Customs and Border Protection
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

11. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to L. Francis Cissna, Director of USCIS, via certified mail, return receipt requested, to the following address:

L. Frank Cissna, Director of United States Citizenship and Immigration Services
c/o Office of the General Counsel
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

12. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to Alex M. Azar II, Secretary of HHS, via certified mail, return receipt requested, to the following address:

Alex Azar, Secretary
United States Department of Health and Human Services
c/o Office of the General Counsel
United States Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Delivery confirmation for the documents is attached to this affidavit.

AFF. OF SERVICE - 5
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

13. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to Scott Lloyd, Director of ORR, via certified mail, return receipt requested, to the following address:

> Scott Lloyd, Director
> Office of Refugee Resettlement
> c/o Office of the General Counsel
> U.S. Department of Health and Human Services
> 200 Independence Avenue SW
> Washington, DC 20201

Delivery confirmation for these documents is attached to this affidavit.

14. Pursuant to Federal Rules of Civil Procedure 4(i), on June 27, 2018, I mailed a copy of the summons and complaint to the Marc J. Moore, Seattle Field Office Director, ICE, via certified mail, return receipt requested, to the following address:

> Marc J. Moore, Seattle Field Office Director
> U.S. Immigration and Customs Enforcement
> c/o Office of the General Counsel
> Department of Homeland Security
> Mail Stop 3650
> Washington, DC 20528

Delivery confirmation for these documents is attached to this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 31st day of July, 2018, in Seattle, Washington.

AFF. OF SERVICE - 6
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

1

2

3

Sydney Maltese
Paralegal
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
sydney@nwirp.org

AFF. OF SERVICE - 7
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# EXHIBIT A

AFF. OF SERVICE - 8
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney's Office
700 Stewart Street
Suite 5220
Seattle, WA 98101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Erick Sloyssel   28 Jun 18

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   EK934825355US

USPS TRACK & CUSTOMER RECEIPT

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 206 ) 957-8611

Matt Adams
NW Immigrant Rights Project
615 Second Ave. Ste. 400
Seattle, WA 98104

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

United States Attorney's
Office
700 Stewart St. Ste. 5220
Seattle, WA
ZIP + 4® (U.S. ADDRESSES ONLY)
9 8 1 0 1 - 4 4 3 8

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EK 934825355 US

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code   98104
Scheduled Delivery Date (MM/DD/YY)   6/24/18
Postage   $ 24.70

Date Accepted (MM/DD/YY)   6/21/18
Scheduled Delivery Time   ☐ 10:30 AM  ☒ 3:00 PM   ☐ 12 NOON
Insurance Fee   COD Fee

Time Accepted   2:16   ☐ AM  ☒ PM
10:30 AM Delivery Fee
Return Receipt Fee   $ 2.75
Live Animal Transportation Fee

Weight   ☐ Flat Rate   lbs.   7 oz.
Sunday/Holiday Premium Fee
Acceptance Employee Initials   ME
Total Postage & Fees   $ 27.45

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   2-CUSTOMER COPY

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

Track Another Package  **+**

**Tracking Number:** EK934825355US

Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 28  JUNE
2018 ⓘ

by
**3:00pm** ⓘ

## ⊘ **Delivered**

June 28, 2018 at 1:27 pm
Delivered
SEATTLE, WA 98101

**Get Updates** ⌄

---

**Text & Email Updates**                                                        ⌄

---

**Proof of Delivery**                                                            ⌄

---

**Tracking History**                                                             ⌃

**June 28, 2018, 1:27 pm**
Delivered
SEATTLE, WA 98101
Your item was delivered at 1:27 pm on June 28, 2018 in SEATTLE, WA 98101. The item was signed for by
E SCMIDT.

**June 28, 2018, 9:50 am**
Arrived at Post Office
SEATTLE, WA 98101

APP. OF SERVICE - 1
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**June 28, 2018, 7:00 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**June 27, 2018, 9:34 pm**
Departed Post Office
SEATTLE, WA 98104

**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

## Product Information     ∧

| **Postal Product:** | **Features:** | Signed for By: E SCMIDT // |
|---|---|---|
| Priority Mail Express 1-Day™ | Money Back Guarantee | SEATTLE, WA 98101 // 1:27 pm |
| | Insured | |
| | PO to Addressee | |
| | Return Receipt | |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

---

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 11
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EK934825355US%2C      2/3

# USPS Tracking®

FAQ

## Track Another Package

**Tracking Number:** 70172400000090792068

**Expected Delivery on**

# MONDAY
# 2 JULY 2018 ⓘ    by 8:00pm ⓘ

✓ **Delivered**

July 2, 2018 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20528

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 2, 2018, 11:24 am**
Delivered, To Agent
WASHINGTON, DC 20528
Your item has been delivered to an agent at 11:24 am on July 2, 2018 in WASHINGTON, DC 20528.

**July 2, 2018, 7:09 am**
Arrived at Unit
WASHINGTON, DC 20018

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark
Here

Postage
$

Total Postage and Fees
$ 14.65

Sent To ICE - immigration & Customs Enforce

Street and Apt. No., or PO Box No. c/o DHS, Mail Stop 3650

City, State, ZIP+4® Washington, DC 20528

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

AFF. OF SERVICE - 12
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090792068%2C    1/3

**July 1, 2018**
In Transit to Next Facility


**June 30, 2018**
In Transit to Next Facility


**June 29, 2018, 1:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER


**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**                                                            ∧

**Postal Product:**                              **Features:**
                                                 Certified Mail™

---

See Less ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

FAQ

### Track Another Package

**Tracking Number:** 70172400000090790705

## Expected Delivery on

# MONDAY

# 2 JULY 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

July 2, 2018 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20528

Get Updates ⌄

---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**July 2, 2018, 11:24 am**
Delivered, To Agent
WASHINGTON, DC 20528
Your item has been delivered to an agent at 11:24 am on July 2, 2018 in WASHINGTON, DC 20528.

**July 2, 2018, 7:09 am**
Arrived at Unit
WASHINGTON, DC 20018

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $   Postmark
☐ Certified Mail Restricted Delivery   $   Here
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postage
$

Total Postage and Fees
$ 14.65

Sent To _U.S. DHS - Dept. of Homeland Security_

Street and Apt. No., or PO Box No. _Mail Stop 3650_

City, State, ZIP+4® _Washington, DC 20528_

**PS Form 3800, April 2015** PSN 7530-02-000-9047   See Reverse for Instructions

---

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090790705%2C   1/3

**July 1, 2018**
In Transit to Next Facility

**June 30, 2018**
In Transit to Next Facility

**June 29, 2018, 1:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**                  ∧

**Postal Product:**                **Features:**
                                  Certified Mail™

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

**FAQ**

## Track Another Package

**Tracking Number:** 70123460000021370024

**Expected Delivery on**

# MONDAY
# 2 JULY 2018 ⓘ
by
# 8:00pm ⓘ

## ✓ Delivered

July 2, 2018 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20528

**Get Updates** ﹀

---

### Text & Email Updates    ﹀

---

### Tracking History    ︿

**July 2, 2018, 11:24 am**
Delivered, To Agent
WASHINGTON, DC 20528
Your item has been delivered to an agent at 11:24 am on July 2, 2018 in WASHINGTON, DC 20528.

**July 2, 2018, 7:09 am**
Arrived at Unit
WASHINGTON, DC 20018

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.65 |

Sent To US Customs & Border Protection, DHS
Street, Apt. No.; or PO Box No. Mail Stop 3650
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, August 2006    See Reverse for Instructions

7012 3460 0000 2137 0024

AFF. OF SERVICE - 16
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70123460000021370024%2C    1/3

**July 1, 2018**
In Transit to Next Facility

**June 30, 2018**
In Transit to Next Facility

**June 29, 2018, 1:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**                                                              ∧

**Postal Product:**                          **Features:**
                                             Certified Mail™

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (206) 957-8611

Matt Adams
NW Immigrant Rights Project
615 Second Ave. Ste. 400
Seattle, WA 98104

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

US Citizenship + Immigration
Servies, C/o office general counsel
Mail Stop 3650
Washington, DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 2 8 - 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EK 934825341 US

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ™

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 98104
Date Accepted (MM/DD/YY): 6/27/18
Time Accepted: 2:17 ☑ PM
Weight: 5 lbs.   ☑ Flat Rate

Scheduled Delivery Date (MM/DD/YY): 6/28/18
Scheduled Delivery Time: ☑ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
10:30 AM Delivery Fee: $
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials: MC

Postage: $33.55
Insurance Fee:    COD Fee:
Return Receipt Fee: $2.75   Live Animal Transportation Fee
Total Postage & Fees: $36.30

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

AFF. OF SERVICE - 18
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** EK934825341US                    Remove ✕

**Scheduled Delivery by**

# THURSDAY
# 28   JUNE
       2018 ⓘ   by 12:00pm ⓘ

## ⊘ Delivered

June 28, 2018 at 11:11 am
Delivered
WASHINGTON, DC 20528

Get Updates ∨

---

Text & Email Updates                                    ∨

---

Proof of Delivery                                        ∨

---

Tracking History                                         ∧

**June 28, 2018, 11:11 am**
Delivered
WASHINGTON, DC 20528
Your item was delivered at 11:11 am on June 28, 2018 in WASHINGTON, DC 20528 to HOMELAND SEC
20528. The item was signed for by K LUSBY.

**June 28, 2018, 10:21 am**
Arrived at Post Office
WASHINGTON, DC 20018

AFF. OF SERVICE - 19
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EK934825341US%2C%2C                    1/3

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER


**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 5:10 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

**Product Information**                                              ∧


| **Postal Product:** | **Features:** | |
| Priority Mail Express 1-Day™ | Money Back Guarantee | Signed for By: K LUSBY // WASHINGTON, DC 20528 // 11:11 am |
| | Insured | |
| | PO to Addressee | |
| | Return Receipt | |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

---

**See Less** ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 20
Case No. 2:18-cv-928-MJP

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EK934825341US%2C%2C

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

2/3



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $            Postmark
☐ Certified Mail Restricted Delivery $           Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$  14.65

Sent To  US Dept. Health & Human Services
Street and Apt. No., or PO Box No. 200 Independence Ave. SW
City, State, ZIP+4® Washington DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 2400 0000 9079 0712

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept. Health & Human
        Services
c/o Office of General Counsel
200 Independence Ave SW
Washington. DC
            20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Caroline White                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7017 2400 0000 9079 0712

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

Case 2:18-cv-00928-MJP   Document 18   Filed 07/31/18   Page 22 of 46

# USPS Tracking®

**FAQs** › (http://faq.usps.com/?articleId=220900)

## Track Another Package ➕

**Tracking Number:** 70172400000090790712     Remove ✕

## Expected Delivery on

# MONDAY
# 2 JULY 2018 ⓘ    by **8:00pm** ⓘ

## ✓ Delivered

July 2, 2018 at 11:55 am
Delivered, To Mail Room
WASHINGTON, DC 20201

**Get Updates** ⌄

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**July 2, 2018, 11:55 am**
Delivered, To Mail Room
WASHINGTON, DC 20201
Your item has been delivered to the mail room at 11:55 am on July 2, 2018 in WASHINGTON, DC 20201.

**July 2, 2018, 7:01 am**
Arrived at Unit
WASHINGTON, DC 20018

**July 1, 2018**
In Transit to Next Facility


**June 30, 2018**
In Transit to Next Facility


**June 29, 2018, 1:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER


**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


---

**Product Information**                                            ∨

---

**See Less** ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

# USPS Tracking®

**FAQs ›** (http://faq.usps.com/?articleId=220900)

Track Another Package  **+**

Remove ✕

**Tracking Number:** 70172400000090790224

**Expected Delivery on**

## MONDAY
## 2 JULY 2018 ⓘ
by
## 8:00pm ⓘ



⊘ **Delivered**

July 2, 2018 at 11:55 am
Delivered, To Mail Room
WASHINGTON, DC 20201

Get Updates ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                         ⌃

**July 2, 2018, 11:55 am**
Delivered, To Mail Room
WASHINGTON, DC 20201
Your item has been delivered to the mail room at 11:55 am on July 2, 2018 in WASHINGTON, DC 20201.

**July 2, 2018, 7:01 am**
Arrived at Unit
WASHINGTON, DC 20018

AFF. OF SERVICE - 24
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**July 1, 2018**
In Transit to Next Facility


**June 30, 2018**
In Transit to Next Facility


**June 29, 2018, 1:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER


**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**                                                    ⋀


**Postal Product:**                          **Features:**
                                             Certified Mail™

---

See Less ⋀


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 206 ) 457 - 8611

Matt Adams
NW Immigrant Rights Project
615 Second Ave. Ste. 400
Seattle, WA 98104

EK 934825369 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.          Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

Thomas Homan
Immigration & Customs Enforcement
c/o Office of the General Counsel, DHS
Mail Stop 3650
Washington, DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 2 8 - 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| ☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO | | |
| 98104 | 6/28/18 | $ 33.55 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 6/27/18 | ☑ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 2:43 ☐ AM ☑ PM | $ | $ 2.75 | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| ___ lbs. 5 ozs. | | $ | $ 36.30 |
| | | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014          PSN 7690-02-000-9996          **2-CUSTOMER COPY**

AFF. OF SERVICE - 26
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

Track Another Package  **+**

**Tracking Number:** EK934825369US

Remove ✕

## Scheduled Delivery by

# THURSDAY

# 28 JUNE 2018 ⓘ

by **12:00pm** ⓘ

## ⊘ Delivered

June 28, 2018 at 11:11 am
Delivered
WASHINGTON, DC 20528

Get Updates ﹀

---

Text & Email Updates                      ﹀

---

Proof of Delivery                              ﹀

---

Tracking History                              ︿

**June 28, 2018, 11:11 am**
Delivered
WASHINGTON, DC 20528
Your item was delivered at 11:11 am on June 28, 2018 in WASHINGTON, DC 20528 to HOMELAND SEC
20528. The item was signed for by K LUSBY.

**June 28, 2018, 10:21 am**
Arrived at Post Office
WASHINGTON, DC 20018

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER


**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 5:11 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 2:13 pm**
USPS in possession of item
SEATTLE, WA 98104

---

**Product Information**                                               ⌄

---

See Less  ⌃


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (206) 957-8611
MATT ADAMS
NORTHWEST IMMIGRANT RIGHTS
615 2nd Ave. Ste. 400
Seattle, WA 98104

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
KIRSTJEN NIELSEN, DHS
c/o Office of the General Counsel
Mail Stop 3650
Washington, DC
ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 2 8 - 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

EK 934825386 US

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 98104
Scheduled Delivery Date (MM/DD/YY): 6/28/18
Postage: $ 33.55

Date Accepted (MM/DD/YY): 6/27/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 2:23 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $ 2.75
Live Animal Transportation Fee

Weight: 5 ___ lbs ___ ozs
☐ Flat Rate
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials
Total Postage & Fees: $ 36.30

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

AFF. OF SERVICE - 29
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking ®

FAQs  ›  (http://faq.usps.com/?articleId=220900)

Track Another Package  +

**Tracking Number:** EK934825386US                          Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 28  JUNE
        2018 ⓘ    by
                    **12:00pm** ⓘ

⊘ **Delivered**

June 28, 2018 at 11:11 am
Delivered
WASHINGTON, DC 20528

**Get Updates** ⌄

---

**Text & Email Updates**                                            ⌄

---

**Proof of Delivery**                                               ⌄

---

**Tracking History**                                                ⌃

**June 28, 2018, 11:11 am**
Delivered
WASHINGTON, DC 20528
Your item was delivered at 11:11 am on June 28, 2018 in WASHINGTON, DC 20528 to HOMELAND SEC
20528. The item was signed for by K LUSBY.

**June 28, 2018, 10:21 am**
Arrived at Post Office
WASHINGTON, DC 20018

AFF. OF SERVICE - 30

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER

**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**June 27, 2018, 5:10 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

## Product Information                                                      ︿

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | Signed for By: K LUSBY  // |
| Priority Mail Express 1-Day™ | Money Back Guarantee | WASHINGTON,  DC  20528 // |
| | Insured | 11:11 am |
| | PO to Addressee | |
| | Return Receipt | |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

---

**See Less ︿**


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 206 ) 457 - 8611

Matt Adams

Northwest Immigrant Rights Proj.

615 Second Ave. Ste. 400

Seattle, WA 98104

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. _____  Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available)*

☐ 10:30 AM Delivery Required (additional fee, where available)*

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( _____ )

Kevin K. McAleenan

US Customs + Border Protection

c/o Office of the General Counsel

Mail Stop 3650 Washington, DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 2 8 0 0 0 1

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

$100.00 insurance included.

---

|||||||||||||| EK 934825390 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 98104  Scheduled Delivery Date (MM/DD/YY): 6/25/18  ☐ Military  ☐ DPO  Postage: $ 33.55

Date Accepted (MM/DD/YY): 6/23/18  Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON  Insurance Fee: $  COD Fee:

Time Accepted: 2:32 ☐ AM ☑ PM  10:30 AM Delivery Fee: $  Return Receipt Fee: $ 2.75  Live Animal Transportation Fee

Weight: 5  ☐ Flat Rate  lbs ___ ozs.  Sunday/Holiday Premium Fee: $  Total Postage & Fees: $ 36.30  Acceptance Employee Initials: MF

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, JANUARY 2014  PSN 7690-02-000-9996  **2-CUSTOMER COPY**

---

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** EK934825390US

Remove ✕

### Scheduled Delivery by

# THURSDAY
# 28   JUNE 2018 ⓘ    by 12:00pm ⓘ

## ⊘ Delivered

June 28, 2018 at 11:11 am
Delivered
WASHINGTON, DC 20528

**Get Updates** ⌄

---

**Text & Email Updates**      ⌄

---

**Proof of Delivery**      ⌄

---

**Tracking History**      ⌃

**June 28, 2018, 11:11 am**
Delivered
WASHINGTON, DC 20528
Your item was delivered at 11:11 am on June 28, 2018 in WASHINGTON, DC 20528 to HOMELAND SEC 20528. The item was signed for by K LUSBY.

**June 28, 2018, 10:22 am**
Arrived at Post Office
WASHINGTON, DC 20018

RE: AR SERVICE 15
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER


**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 5:11 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

## Product Information    ∧

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
Money Back Guarantee
Insured
PO to Addressee
Return Receipt
Up to $100 insurance included. Restrictions Apply ⓘ

Signed for By: K LUSBY  //
WASHINGTON,  DC  20528 //
11:11 am

---

**See Less** ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 34
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EK934825390US%2C     2/3

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.65 |

Postmark Here  JUN 27 2018

Sent To: L. Frank Cissna, USCIS
Street, Apt. No.; or PO Box No. C/o OHS, Mail Stop 3650
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, August 2006     See Reverse for Instructions

7012 3460 0000 2137 0383

### Track Another Pack

**Tracking Number:** 70123460000021370383

**Expected Delivery on**

# MONDAY
# 2 JULY 2018 ⓘ   by 8:00pm ⓘ

## ✓ Delivered

July 2, 2018 at 11:24 am
Delivered, To Agent
WASHINGTON, DC 20528

**Get Updates** ⌄

---

### Text & Email Updates      ⌄

---

### Tracking History      ⌃

**July 2, 2018, 11:24 am**
Delivered, To Agent
WASHINGTON, DC 20528
Your item has been delivered to an agent at 11:24 am on July 2, 2018 in WASHINGTON, DC 20528.

**July 2, 2018, 7:10 am**
Arrived at Unit
WASHINGTON, DC 20018

---

AFF. OF SERVICE - 35
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70123460000021370383%2C     1/3

**July 1, 2018**
In Transit to Next Facility

**June 30, 2018**
In Transit to Next Facility

**June 29, 2018, 1:53 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 21, 2018, 7:29 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**                                          ∧

**Postal Product:**                         **Features:**
                                            Certified Mail™

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 36
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70123460000021370383%2C

2/3

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 206 ) 457-8611

MATT ADAMS
NORTHWEST IMMIGRANT RIGHTS
615 Second Ave. Ste. 400
Seattle, WA    98104

EK 934825409 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.         Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☑ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

ALEX AZAR
Dept. Health & Human Services
c/o Office of General Counsel
200 Independence Ave. SW
        Washington, DC
ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 2 0 1 - 0 0 0 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage
98104         6/29/18                              $ 33.55

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
6/27/18                    ☐ 10:30 AM  ☐ 3:00 PM    $               $
                           ☑ 12 NOON

Time Accepted   ☐ AM   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee
2:70           ☑ PM   $                        $ 2.75                $

Weight   ☐ Flat Rate   Sunday/Holiday Premium Fee   Total Postage & Fees
5 lbs.   ozs.          $                            $ 36.30

           Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM  ☐ PM   Employee Signature

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996        **2-CUSTOMER COPY**

# USPS Tracking®

## Track Another Package ➕

**Tracking Number:** EK934825409US

Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 28 JUNE 2018 ⓘ

## by

# 12:00pm ⓘ

✓ **Delivered**

June 28, 2018 at 11:35 am
Delivered
WASHINGTON, DC 20201

**Get Updates** ⌄

---

**Text & Email Updates**      ⌄

---

**Proof of Delivery**      ⌄

---

**Tracking History**      ⌃

**June 28, 2018, 11:35 am**
Delivered
WASHINGTON, DC 20201
Your item was delivered at 11:35 am on June 28, 2018 in WASHINGTON, DC 20201 to HHS 20201 R9. The item was signed for by W WILSON.

**June 28, 2018, 10:20 am**
Arrived at Post Office
WASHINGTON, DC 20018

AFF. OF SERVICE - 38

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER

**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**June 27, 2018, 5:10 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

**Product Information**                                                      ∧

| Postal Product: | Features: | Signed for By: W WILSON // |
| Priority Mail Express 1-Day™ | Money Back Guarantee | WASHINGTON, DC 20201 // |
| | Insured | 11:35 am |
| | PO to Addressee | |
| | Return Receipt | |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 39
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EK934825409US%2C                                        2/3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) _Nancy Ferguson_
C. Date of Delivery _6/29/18_

1. Article Addressed to:

Scott Lloyd, Director
Office of Refugee Resettlement
c/o Office of the General
Counsel, DHHS
800 Independence Ave. SW
Washington, DC 20201

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

USPS TRAC & CUSTOM RECEIPT

EK93482533 8US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 206 ) 957-8611
MATT ADAMS
615 Second Ave. Ste. 400
Seattle, WA 98104
NW Immigrant Rights Project

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Scott Lloyd
Office of Refugee Resettlement
c/o Office of General Counsel, DHHS
800 Independence Ave. SW
ZIP + 4® (U.S. ADDRESSES ONLY)  Washington, DC
2 0 2 0 1 - 0 0 0 4

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EK 934825338 US

**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 98104 | 6/28/18 | $ 33.55 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 6/27/18 | ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 2:19 ☐ AM ☒ PM | | $ 2.75 | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| lbs. 5 ozs. | | $ | $ 36.30 |

| | | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014     PSN 7690-02-000-9996     **2-CUSTOMER COPY**

---

AFF. OF SERVICE - 40
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

Track Another Package  **+**

**Tracking Number:** EK934825338US

Remove ✕

**Scheduled Delivery by**

# THURSDAY
# 28 JUNE 2018 ⓘ
**by 12:00pm** ⓘ

⊘ **Delivered**

June 28, 2018 at 11:35 am
Delivered
WASHINGTON, DC 20201

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Proof of Delivery** ⌄

---

**Tracking History** ⌃

**June 28, 2018, 11:35 am**
Delivered
WASHINGTON, DC 20201
Your item was delivered at 11:35 am on June 28, 2018 in WASHINGTON, DC 20201 to HHS 20201 R9. The item was signed for by W WILSON.

**June 28, 2018, 10:20 am**
Arrived at Post Office
WASHINGTON, DC 20018

AFF. OF SERVICE - 41
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=EK934825338US%2C     1/3

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER


**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 5:11 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

## Product Information                                                     ∧

| | | |
|---|---|---|
| **Postal Product:** Priority Mail Express 1-Day™ | **Features:** Money Back Guarantee<br>Insured<br>PO to Addressee<br>Return Receipt<br>Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: W WILSON // WASHINGTON, DC 20201 // 11:35 am |

---

### See Less ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (206) 957-8611

Matt Adams
Northwest Immigrant Rights
Project
615 Second Ave. Suite 400
Seattle, WA 98104

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

MARC J. MOORE
SEATTLE FIELD OFFICE, ICE
c/o Office of the General Counsel
Mail Stop 3650 Washington, DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 5 2 8 _ 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EK 934825372 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 98104 | 6/28/18 | $ 33.55 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 6/27/18 | ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 2:24 ☐ AM ☑ PM | $ | $ 2.85 | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| 5 lbs. oz. | | $ | $ 36.30 |

Acceptance Employee Initials  ME

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    2-CUSTOMER COPY

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** EK934825372US

Remove ✕

**Scheduled Delivery by**

# THURSDAY

# 28 JUNE 2018 ⓘ

## by 12:00pm ⓘ

## ⊘ Delivered

June 28, 2018 at 11:11 am
Delivered
WASHINGTON, DC 20528

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Proof of Delivery** ⌄

---

**Tracking History** ⌃

**June 28, 2018, 11:11 am**
Delivered
WASHINGTON, DC 20528
Your item was delivered at 11:11 am on June 28, 2018 in WASHINGTON, DC 20528 to HOMELAND SEC 20528. The item was signed for by K LUSBY.

**June 28, 2018, 10:21 am**
Arrived at Post Office
WASHINGTON, DC 20018

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**June 28, 2018, 8:08 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC V STREET DISTRIBUTION CENTER


**June 28, 2018, 7:20 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 5:10 pm**
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER


**June 27, 2018, 2:16 pm**
USPS in possession of item
SEATTLE, WA 98104

---

## Product Information                                                     ∧

| Postal Product: | Features: | Signed for By: K LUSBY // |
|---|---|---|
| Priority Mail Express 1-Day™ | Money Back Guarantee<br>Insured<br>PO to Addressee<br>Return Receipt<br>Up to $100 insurance included. Restrictions Apply ⓘ | WASHINGTON, DC 20528 // 11:11 am |

---

**See Less ∧**


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (http://faq.usps.com/?articleId=220900)**

## CERTIFICATE OF SERVICE

I, Sydney Maltese, hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


Dated: July 31, 2018

Sydney Maltese
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
E-mail: sydney@nwirp.org

AFF. OF SERVICE - 46
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611