UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Yolany PADILLA, et al.,<br><br>                    Plaintiffs-Petitioners,<br><br>            v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>                    Defendants-Respondents. | Case No. 2:18-cv-928-MJP<br><br>**AFFIDAVIT OF SERVICE** |

I, Sydney Maltese, hereby attest as follows:

1. Pursuant to Federal Rules of Civil Procedure 4(i), on July 17, 2018, I mailed a copy of the summons and complaint to the Executive Office for Immigration Review via certified mail, return receipt requested, to the following address:

>  Executive Office for Immigration Review
>  Office of the Director
>  5107 Leesburg Pike, Ste. 2600
>  Falls Church, VA 20530

Delivery confirmation for these documents is attached to this affidavit.

AFF. OF SERVICE - 1
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

2. Pursuant to Federal Rules of Civil Procedure 4(i), on July 17, 2018, I mailed a copy of the summons and complaint to Jefferson B. Sessions III, Attorney General of the U.S., via certified mail, return receipt requested, to the following address:

Jefferson B. Sessions III
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Delivery confirmation for these documents is attached to this affidavit.

3. Pursuant to Federal Rules of Civil Procedure 4(i), on July 17, 2018, I mailed a copy of the summons and complaint to Lowell Clark, warden of the Northwest Detention Center, via certified mail, return receipt requested, to the following address:

Lowell Clark, Warden
Northwest Detention Center
1623 E. J Street
Tacoma, WA 98421

Delivery confirmation for these documents is attached to this affidavit.

4. Pursuant to Federal Rules of Civil Procedure 4(i), on July 17, 2018, I mailed a copy of the summons and complaint to Charles Ingram, warden of the Federal Detention Center SeaTac, via certified mail, return receipt requested, to the following address:

Charles Ingram, Warden
Federal Detention Center, SeaTac
PO Box 13901
Seattle, WA 98198

Delivery confirmation for these documents is attached to this affidavit.

AFF. OF SERVICE - 2
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

5. Pursuant to Federal Rules of Civil Procedure 4(i), on July 17, 2018, I mailed a copy of the summons and complaint to David Shinn, warden of the Federal Correctional Institution, Victorville, via certified mail, return receipt requested, to the following address:

David Shinn, Warden
Federal Correctional Institution Victorville Med 2
PO Box 5400
Adelanto, CA 92301

Delivery confirmation for these documents is attached to this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed this 31st day of July, 2018, in Seattle, Washington.

_____
Sydney Maltese
Paralegal
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
sydney@nwirp.org

AFF. OF SERVICE - 3
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# EXHIBIT A

AFF. OF SERVICE - 4
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# USPS Tracking®

**Track Another Package**

**Tracking Number:** 70172400000090790781

**Expected Delivery on**

**FRIDAY**
**20** JULY 2018 ⓘ
by **8:00pm**

## ✓ Delivered

July 20, 2018 at 11:34 am
Delivered, Front Desk/Reception
FALLS CHURCH, VA 22041

Get Updates ∨

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $ 14.65

Sent To: EOIR OFFICE OF THE DIRECTOR
Street and Apt. No., or PO Box No.: 5107 LEESBURG PIKE, STE 2600
City, State, ZIP+4®: FALLS CHURCH, VA 20530

Postmark: JUL 17 2018, USPS FEDERAL STATION, 98104-9995

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 9079 0781

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW
OFFICE OF THE DIRECTOR
5107 LEESBURG PIKE, STE 2600
FALLS CHURCH, VA 20530

9590 9402 4087 8092 4227 29

2. Article Number (Transfer from service label)
7017 2400 0000 9079 0781

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Hezekiah
C. Date of Delivery: 7/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Text & Email Updates** ∨

**Tracking History** ∧

July 20, 2018, 11:34 am
Delivered, Front Desk/Reception
FALLS CHURCH, VA 22041
Your item was delivered to the front desk or reception area at 11:34 am on July 20, 2018 in FALLS CHURCH, VA 22041.

July 20, 2018, 10:02 am
Out for Delivery
FALLS CHURCH, VA 22041

AFF. OF SERVICE - 5
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**July 20, 2018, 9:52 am**
Sorting Complete
FALLS CHURCH, VA 22041

**July 20, 2018, 9:42 am**
Arrived at Unit
FALLS CHURCH, VA 22041

**July 19, 2018, 4:44 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**July 19, 2018, 8:22 am**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**July 18, 2018, 7:25 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**July 17, 2018, 10:49 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information** ∧

**Postal Product:**

**Features:**
Certified Mail™

---

See Less ∧

AFF. OF SERVICE - 6
Case No. 2:18-cv-928-MJP

Can't find what you're looking for?

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090790781%2C   2/3

# USPS Tracking

**Track Another Package**

**Tracking Number:** 70172400000090790774

**Expected Delivery on**

# MONDAY
# 23 JULY 2018 by 8:00pm

## ✓ Delivered

July 23, 2018 at 4:15 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $ 14.05

Sent To: JEFFERSON B. SESSIONS US AG
Street and Apt. No., or PO Box No.: 950 PENNSYLVAINA AVE NW
City, State, ZIP+4®: WASHINGTON DC 20530

Postmark Here: USPS FEDERAL JUL 17 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JEFFERSON B. SESSIONS III
US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

9590 9402 4087 8092 4227 05

2. Article Number (Transfer from service label)
7017 2400 0000 9079 0774

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 23 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

July 23, 2018, 4:15 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:15 am on July 23, 2018 in WASHINGTON, DC 20530.

July 22, 2018, 10:55 am
Available for Pickup
WASHINGTON, DC 20530

AFF. OF SERVICE - 7
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**July 22, 2018, 6:19 am**
Arrived at Hub
WASHINGTON, DC 20018

**July 21, 2018**
In Transit to Next Facility

**July 20, 2018, 5:22 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 19, 2018, 2:43 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 18, 2018, 7:25 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**July 17, 2018, 10:49 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

## Product Information ∧

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

Can't find what you're looking for?

AFF. OF SERVICE - 8
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70172400000090790774%2C&620    2/3

# USPS Tracking®

Track Another Package

**Tracking Number:** 70172400000090790798

Expected Delivery on

## THURSDAY
## 19 JULY 2018 ⓘ
by **8:00pm**

✓ **Delivered**

July 19, 2018 at 10:55 am
Delivered, Front Desk/Reception
TACOMA, WA 98421

Get Updates ∨

---

**Text & Email Updates**

---

**Tracking History**

July 19, 2018, 10:55 am
Delivered, Front Desk/Reception
TACOMA, WA 98421
Your item was delivered to the front desk or reception area at 10:55 am on July 19, 2018 in TACOMA, WA 98421.

July 19, 2018, 8:03 am
Out for Delivery
TACOMA, WA 98421

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $ 12.90

Sent To: LOWELL CLARK, NWDC
Street and Apt. No., or PO Box No.: 1623 E. J. STREET, Ste. 2
City, State, ZIP+4®: TACOMA, WA 98421

Postmark: USPS JUL 17 2018 FEDERAL STATION

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Article Number: 7017 2400 0000 9079 0798

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
LOWELL CLARK, WARDEN
NW DETENTION CENTER
1623 E. J STREET
TACOMA, WA 98421

9590 9402 4087 8092 4227 43

2. Article Number (Transfer from service label)
7017 2400 0000 9079 0798

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

AFF. OF SERVICE - 9
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090790798%2C  1/3

July 19, 2018, 7:53 am
Sorting Complete
TACOMA, WA 98421

July 19, 2018, 7:22 am
Arrived at Unit
TACOMA, WA 98424

July 19, 2018, 12:09 am
Departed USPS Regional Facility
TACOMA WA DISTRIBUTION CENTER

July 18, 2018, 11:30 pm
Arrived at USPS Regional Facility
TACOMA WA DISTRIBUTION CENTER

July 18, 2018, 7:25 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

July 17, 2018, 10:49 pm
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**Product Information** ∧

| Postal Product: | Features: |
|---|---|
| | Certified Mail™ |

See Less ∧

Can't find what you're looking for?

AFF. OF SERVICE - 10
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090790798%2C   2/3

# USPS Tracking®

FAQs

## Track Another Package

**Tracking Number:** 70172400000090790767

Your item has been delivered to an agent at 8:12 am on July 20, 2018 in SEATTLE, WA 98198.

## ✓ Delivered

July 20, 2018 at 8:12 am
Delivered, To Agent
SEATTLE, WA 98198

Get Updates ∨

---

### Text & Email Updates

---

### Tracking History

**July 20, 2018, 8:12 am**
Delivered, To Agent
SEATTLE, WA 98198
Your item has been delivered to an agent at 8:12 am on July 20, 2018 in SEATTLE, WA 98198.

**July 19, 2018, 8:22 am**
Available for Pickup
SEATTLE, WA 98198

**July 19, 2018, 8:06 am**
Arrived at Unit
SEATTLE, WA 98198

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $ 12.90

[Postmark: USPS FEDERAL STATION 98104-9995 JUL 17 2018]

Sent To: CHARLES INGRAM, WARDEN, FDC SEATAC
Street and Apt. No., or PO Box No.: PO BOX 13901
City, State, ZIP+4®: SEATTLE, WA 98198

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CHARLES INGRAM, WARDEN
FEDERAL DETENTION CENTER, SEATAC
PO BOX 13901
SEATTLE, WA 98198

9590 9402 4087 8092 4227 12

2. Article Number (Transfer from service label)
7017 2400 0000 9079 0767

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): T. STACK
C. Date of Delivery: 7-20-18
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

AFF. OF SERVICE - 11
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**July 18, 2018, 7:31 pm**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**July 17, 2018, 10:49 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

AFF. OF SERVICE - 12
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090790767%2C   2/3

# USPS Tracking®

FAQ

## Track Another Package

**Tracking Number:** 70172400000090792037

**Expected Delivery on**

## FRIDAY
## 20 JULY 2018 ⓘ by 8:00pm

### ✓ Delivered

July 20, 2018 at 7:55 am
Delivered, To Agent
ADELANTO, CA 92301

Get Updates ⌄

---

**Text & Email Updates**

---

**Tracking History**

**July 20, 2018, 7:55 am**
Delivered, To Agent
ADELANTO, CA 92301
Your item has been delivered to an agent at 7:55 am on July 20, 2018 in ADELANTO, CA 92301.

**July 20, 2018, 7:08 am**
Sorting Complete
ADELANTO, CA 92301

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ ____
☐ Return Receipt (electronic) $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required $ ____
☐ Adult Signature Restricted Delivery $ ____
Postage $
Total Postage and Fees $ 13.65
Sent To DAVID SHINN, FCI VICTORVILLE MED 2
Street and Apt. No., or PO Box No. P.O. Box 5400
City, State, ZIP+4 ADELANTO CA 92301

Postmark Here — USPS FEDERAL STATION JUL 17 98104

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2400 0000 9079 2037

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DAVID SHINN, WARDEN
FEDERAL CORRECTIONAL ISTIT.
P.O. Box 5400
ADELANTO, CA 92301

9590 9402 4087 8092 4227 36

2. Article Number (Transfer from service label)
7017 2400 0000 9079 2037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 7-20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ail
☐ ___ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

AFF. OF SERVICE - 13
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090792037%2C    1/3

**July 20, 2018, 4:17 am**
Arrived at Unit
ADELANTO, CA 92301

**July 19, 2018, 12:05 pm**
Arrived at USPS Regional Facility
MORENO VALLEY CA DISTRIBUTION CENTER

**July 18, 2018, 7:25 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**July 17, 2018, 10:49 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

## Product Information ∧

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

### FAQs (http://faq.usps.com/?articleId=220900)

AFF. OF SERVICE - 14
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70172400000090792037%2C    2/3

**CERTIFICATE OF SERVICE**

I, Sydney Maltese, hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Dated: July 31, 2018

*[signature]*

Sydney Maltese
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
E-mail: sydney@nwirp.org

AFF. OF SERVICE - 15
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611