The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A., et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al.,<br>Defendants-Respondents. | Case No. 2:18-cv-00928-MJP<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that below signed counsel hereby enters his appearance on behalf of Defendants-Respondents U.S. Immigration and Customs Enforcement, et al.

DATED this 2nd day of August, 2018.

Respectfully submitted,

 */s/ Joseph A. Darrow*
JOSEPH A. DARROW, NY Bar #5326939
United States Department of Justice
Civil Division
Office of Immigration Litigation, Dist. Ct. Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 1

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2445

Telephone: (202) 598-2445
Fax: (202) 305-7000
joseph.a.darrow@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 2

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin
Station
Washington, D.C. 20044
(202) 598-2445

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Plaintiffs-Petitioners.

DATED this 2nd day of August, 2018.

        */s/ Joseph A. Darrow*
JOSEPH A. DARROW, NY #5326939
United States Department of Justice
Civil Division
Office of Immigration Litigation, Dist. Ct. Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-2445
Fax: (202) 305-7000
joseph.a.darrow@usdoj.gov

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP] - 3

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2445