The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A., et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al.,<br>Defendants-Respondents. | Case No. 2:18-cv-00928-MJP<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that below signed counsel hereby enters her appearance on behalf of Defendants-Respondents U.S. Immigration and Customs Enforcement (ICE); U.S. Department of Homeland Security (DHS); U.S. Customs and Border Protection (CBP); U.S. Citizenship and Immigration Services (USCIS); U.S. Department of Health and Human Services (HHS); Office of Refugee Resettlement (ORR); Thoms Homan, Acting Director of ICE; Kirstjen Nielsen, Secretary of DHS; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Alex M. Azar, II, Secretary of HHS; Scott Lloyd, Director of ORR;

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 1

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

Marc J. Moore, Seattle Field Office Director, ICE; Executive Office for Immigration Review; Jefferson Beauregard Sessions, III, U.S. Attorney Genreal; Lowell Clark, Warden of the Northwest Detention Center, Tacoma; Charles Ingraham, Warden of the Federal Detention Center, SeaTac; David Shinn, Warden of the Federal Correctional Institute, Victorville, CA.

DATED this 17th day of August, 2018.

Respectfully submitted,

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorney for Defendants

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 2

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Plaintiffs-Petitioners.

DATED this 17th day of August, 2018.

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorneys for the Federal Defendants

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP] - 3

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458