*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; MARC J. MOORE, Seattle Field Office Director;, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California;<br><br>Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**NOTICE OF MOTION RENOTED:**<br><br>**MOTION FOR CLASS CERTIFICATION**<br><br>NOTED ON MOTION CALENDAR:<br>AUGUST 17, 2018. |

NOTICE OF MOTION RENOTED

CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

53130083.6

1  Pursuant to Local Civil Rule 7(l) and the agreement of the parties, plaintiffs hereby
2  renote their Motion for Class Certification (Dkt. #11) to **September 28, 2018**. Pursuant to the
3  corresponding stipulation and agreement of the parties being filed in this case, defendants'
4  response to the Motion for Class Certification will be due September 17, and plaintiffs' reply
5  will be due September 28.

NOTICE OF MOTION RENOTED - 1

CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

53130083.6

1  RESPECTFULLY SUBMITTED this 17th day of August, 2018.

| | |
|---|---|
| *s/ Matt Adams*<br>Matt Adams, WSBA No. 28287<br>Email:  matt@nwirp.org<br><br>*s/ Glenda M. Aldana Madrid*<br>Glenda M. Aldana Madrid, WSBA No. 46987<br>Email:  glenda@nwirp.org<br><br>*s/ Leila Kang*<br>Leila Kang, WSBA No. 48048<br>Email:  leila@nwirp.org<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT<br>615 Second Avenue, Suite 400<br>Seattle, WA  98104<br>Telephone: (206) 957-8611<br>Facsimile: (206) 587-4025<br>*Attorneys for Plaintiffs-Petitioners* | *s/ Thomas F. Ahearne*<br>Thomas F. Ahearne, WSBA #14844<br>Email:  ahearne@foster.com<br><br>*s/ William F. Abrams*<br>*William F. Abrams, CA Bar #88805<br>*Admitted pro hac vice<br>*Email:  bill.abrams@foster.com<br><br>*s/ Joanna Plichta Boisen*<br>Joanna Plichta Boisen, WSBA #38368<br>Email:  Joanna.boisen@foster.com<br><br>*s/ Benjamin J. Hodges*<br>Benjamin J. Hodges, WSBA #49301<br>Email:  ben.hodges@foster.com<br><br>*s/ Kevin Ormiston*<br>Kevin Ormiston, WSBA #49835<br>Email:  kevin.ormiston@foster.com<br><br>FOSTER PEPPER PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington  98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>*Attorneys for Plaintiffs-Petitioners* |

NOTICE OF MOTION RENOTED - 2
Case No. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

53130083.6

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 17th day of August, 2018.

*s/ Ben Hodges*
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-6282
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

NOTICE OF MOTION RENOTED - 3
CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

53130083.6