*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>Plaintiffs-Petitioners,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; MARC J. MOORE, Seattle Field Office Director;, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California;<br><br>Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>AUGUST 20, 2018. |

JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
MOTION BRIEFING SCHEDULE

CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiffs and defendants hereby stipulate and jointly move the Court for an Order setting the filing schedule for plaintiffs second amended complaint, plaintiffs' pending class certification motion, and defendants' planned dismissal motion.

Currently defendants' response to plaintiffs' first Amended Complaint (Dkt. # 8) is due the last week of August and their response to plaintiffs' Motion for Class Certification (Dkt. # 11) is due August 20. After consultation between the parties' counsel, plaintiffs agreed to file an amended complaint that no longer pursues this suit's family separation claims (but does pursue CFI and bond hearing claims) and defendants stipulated to said amendment. Counsel also agreed to a briefing schedule for plaintiffs' pending class certification motion and defendants' planned dismissal motion. To avoid unnecessary duplication in briefing, the parties stipulate and agree to the entry of an Order that sets the following schedule:

1. Plaintiffs' second amended complaint will be filed August 22. Defendants' motion to dismiss will be due September 5 and noted for September 28. Plaintiffs' response to the motion to dismiss will be due September 24 and defendants' reply will be due September 28.

2. Plaintiffs renoted their Motion for Class Certification (Dkt. # 11) to September 28. By agreement between the parties, defendants' response is due September 17, and plaintiffs' reply is due September 28.

The reason for this stipulation is to avoid unnecessary duplication in the briefing schedule. The parties anticipate that the class certification and dismissal motions may have issues in common, and believe it is appropriate have those two motions considered at the same time. Additionally, having both motions noted for the same day will help consolidate any oral argument for the Court (if oral argument is granted), and simplify the Court's review of these two motions.

JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
MOTION BRIEFING SCHEDULE - 1
CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

RESPECTFULLY SUBMITTED this 20th day of August, 2018.

| | |
|---|---|
| *s/ Matt Adams* <br> Matt Adams, WSBA No. 28287 <br> Email: matt@nwirp.org | *s/ Thomas F. Ahearne* <br> Thomas F. Ahearne, WSBA #14844 <br> Email: ahearne@foster.com |
| *s/ Glenda M. Aldana Madrid* <br> Glenda M. Aldana Madrid, WSBA No. 46987 <br> Email: glenda@nwirp.org | *s/ William F. Abrams* <br> *William F. Abrams, CA Bar #88805 <br> *Admitted pro hac vice <br> *Email: bill.abrams@foster.com |
| *s/ Leila Kang* <br> Leila Kang, WSBA No. 48048 <br> Email: leila@nwirp.org | *s/ Joanna Plichta Boisen* <br> Joanna Plichta Boisen, WSBA #38368 <br> Email: Joanna.boisen@foster.com |
| NORTHWEST IMMIGRANT RIGHTS PROJECT <br> 615 Second Avenue, Suite 400 <br> Seattle, WA 98104 <br> Telephone: (206) 957-8611 <br> Facsimile: (206) 587-4025 <br> *Attorneys for Plaintiffs-Petitioners* | *s/ Benjamin J. Hodges* <br> Benjamin J. Hodges, WSBA #49301 <br> Email: ben.hodges@foster.com <br><br> *s/ Kevin Ormiston* <br> Kevin Ormiston, WSBA #49835 <br> Email: kevin.ormiston@foster.com |
| | FOSTER PEPPER PLLC <br> 1111 Third Avenue, Suite 3000 <br> Seattle, Washington 98101-3292 <br> Telephone: (206) 447-4400 <br> Facsimile: (206) 447-9700 <br><br> *Attorneys for Plaintiffs-Petitioners* |
| CHAD A. READLER <br> Acting Assistant Attorney General <br> Civil Division <br><br> WILLIAM C. PEACHEY <br> Director, District Court Section <br> Office of Immigration Litigation <br><br> EREZ REUVENI <br> Assistant Director, District Court Section <br> Office of Immigration Litigation | */s/ Lauren C. Bingham* <br> LAUREN C. BINGHAM, Fl. Bar #105745 <br> Trial Attorney, District Court Section <br> Office of Immigration Litigation <br> Civil Division <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> (202) 616-4458; (202) 305-7000 (fax) <br> lauren.c.bingham@usdoj.gov <br><br> *Attorneys for Defendants-Respondents* |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE - 2

CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. After filing of the Second Amended Complaint on August 22, 2018, defendants' motion to dismiss will be due September 5 and noted for September 28. Plaintiffs' response to the motion to dismiss will be due September 24, and defendants' reply will be due September 28. Defendants' response to plaintiffs' pending renoted Motion for Class Certification (Dkt. # 11) is due September 17, and plaintiffs' reply is due September 28.

DATED this _____ day of _____, 2018.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE - 3

CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*s/ Benjamin J. Hodges*
Benjamin J. Hodges
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-6282
Facsimile: (206) 447-9700
Email:ben.hodges@foster.com

JOIN STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE - 4
CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611