*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>Plaintiffs-Petitioners,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; MARC J. MOORE, Seattle Field Office Director;, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STIPULATION AND ORDER REGARDING MOTION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>AUGUST 20, 2018. |

JOINT STIPULATION AND ORDER
REGARDING MOTION BRIEFING
SCHEDULE
CASE NO. 2:18-cv-928 MJP

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiffs and defendants hereby stipulate and jointly move the Court for an Order setting the filing schedule for plaintiffs second amended complaint, plaintiffs' pending class certification motion, and defendants' planned dismissal motion.

Currently defendants' response to plaintiffs' first Amended Complaint (Dkt. # 8) is due the last week of August and their response to plaintiffs' Motion for Class Certification (Dkt. # 11) is due August 20. After consultation between the parties' counsel, plaintiffs agreed to file an amended complaint that no longer pursues this suit's family separation claims (but does pursue CFI and bond hearing claims) and defendants stipulated to said amendment. Counsel also agreed to a briefing schedule for plaintiffs' pending class certification motion and defendants' planned dismissal motion. To avoid unnecessary duplication in briefing, the parties stipulate and agree to the entry of an Order that sets the following schedule:

1. Plaintiffs' second amended complaint will be filed August 22. Defendants' motion to dismiss will be due September 5 and noted for September 28. Plaintiffs' response to the motion to dismiss will be due September 24 and defendants' reply will be due September 28.

2. Plaintiffs renoted their Motion for Class Certification (Dkt. # 11) to September 28. By agreement between the parties, defendants' response is due September 17, and plaintiffs' reply is due September 28.

The reason for this stipulation is to avoid unnecessary duplication in the briefing schedule. The parties anticipate that the class certification and dismissal motions may have issues in common, and believe it is appropriate have those two motions considered at the same time. Additionally, having both motions noted for the same day will help consolidate any oral argument for the Court (if oral argument is granted), and simplify the Court's review of these two motions.

JOINT STIPULATION AND ORDER
REGARDING MOTION BRIEFING
SCHEDULE - 1
CASE NO. 2:18-cv-928  MJP

1   RESPECTFULLY SUBMITTED this 20th day of August, 2018.

2

3
| | |
|---|---|
| *s/ Matt Adams* | *s/ Thomas F. Ahearne* |
| Matt Adams, WSBA No. 28287 | Thomas F. Ahearne, WSBA #14844 |
| Email:  matt@nwirp.org | Email:  ahearne@foster.com |

*s/ Glenda M. Aldana Madrid*
Glenda M. Aldana Madrid, WSBA No. 46987
Email:  glenda@nwirp.org

*s/ William F. Abrams*
*William F. Abrams, CA Bar #88805
*Admitted pro hac vice
*Email:  bill.abrams@foster.com

*s/ Leila Kang*
Leila Kang, WSBA No. 48048
Email:  leila@nwirp.org

*s/ Joanna Plichta Boisen*
Joanna Plichta Boisen, WSBA #38368
Email:  Joanna.boisen@foster.com

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

*s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
Email:  ben.hodges@foster.com

*s/ Kevin Ormiston*
Kevin Ormiston, WSBA #49835
Email:  kevin.ormiston@foster.com

FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

*Attorneys for Plaintiffs-Petitioners*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND ORDER
REGARDING MOTION BRIEFING
SCHEDULE - 2
CASE NO. 2:18-cv-928  MJP

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. After filing of the Second Amended Complaint on August 22, 2018, defendants' motion to dismiss will be due September 5 and noted for September 28. Plaintiffs' response to the motion to dismiss will be due September 24, and defendants' reply will be due September 28. Defendants' response to plaintiffs' pending renoted Motion for Class Certification (Dkt. # 11) is due September 17, and plaintiffs' reply is due September 28.

DATED this 21st day of August, 2018.

Marsha J. Pechman
United States District Judge

JOINT STIPULATION AND ORDER
REGARDING MOTION BRIEFING
SCHEDULE - 3
CASE NO. 2:18-cv-928  MJP