

# United States District Court
## Western District of Washington

| Padilla et al. | Case Number: | 2:18-cv-928 MJP |
|---|---|---|

Plaintiff(s)

V.

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

U.S. Immigration and Customs Enforcement et al.

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Trina Realmuto _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

The particular need for my appearance and participation is:

based on my expertise on national immigration issues and class action litigation experience.

I, Trina Realmuto _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/22/2018 _____  Signature of Applicant: s/ Trina Realmuto _____

**Pro Hac Vice Attorney**

Applicant's Name: Trina Realmuto

Law Firm Name: American Immigration Council

Street Address 1: 100 Summer Street, 23rd Floor

Address Line 2:

City: Boston          State: MA          Zip: 02110

Phone Number w/ Area Code (857) 305-3600     Bar # 201088     State CA

Primary E-mail Address: trealmuto@immcouncil.org

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Trina Realmuto _____ is unable to be present upon any date assigned by the court.

Date: 08/22/2018          Signature of Local Counsel: s/ Matt Adams

Local Counsel's Name: Matt Adams

Law Firm Name: Northwest Immigrant Rights Project

Street Address 1: 615 2nd Avenue

Address Line 2: Suite 400

City: Seattle          State: WA          Zip: 98104

Phone Number w/ Area Code (206) 957-8611     Bar # 28287



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4.  By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer. psc.uscourts.gov.

6.  By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed   08/22/2018      Signature  s/ Trina Realmuto

*(Pro Hac Vice applicant name)*