***The Honorable Marsha J. Pechman***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;

Plaintiffs-Petitioners,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;

Defendants-Respondents.

No. 2:18-cv-928 MJP

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR: SEPTEMBER 4, 2018.

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

Pursuant to Local Civil Rules 7(d)(1) and 10(g), plaintiffs and defendants hereby stipulate and jointly move the Court for an Order revising the schedule for the filing of defendants' planned dismissal motion, and plaintiffs' planned amended motion for class certification.

Currently defendants' response to plaintiffs' Second Amended Complaint is due September 5, 2018. After consultation between the parties' counsel, the parties stipulate to an extension of one day for defendants to file their planned dismissal motion, on September 6, 2018, due to counsel's travel schedule. Plaintiffs also notify the court that they intend to amend their class certification motion, and intend to file the amended motion on September 6, 2018. To avoid unnecessary duplication in briefing, the parties stipulate and agree to the entry of an Order that sets the following schedule:

1. Defendants' motion to dismiss will be due September 6 and noted for September 28. The motion will follow the regular noting schedule, so plaintiffs' response to the motion to dismiss will be due September 24 and defendants' reply will be due September 28.
2. Plaintiffs amended Motion for Class Certification will be filed on September 6, and noted for September 28. The motion will follow the regular noting schedule, so defendants' response will be due September 24, and plaintiffs' reply will be due September 28.

The reason for this stipulation is to avoid unnecessary duplication in the briefing schedule. The parties anticipate that the class certification and dismissal motions may have issues in common, and believe it is appropriate to have those two motions considered at the same time. Additionally, having both motions noted for the same day will help consolidate any oral argument for the Court (if oral argument is granted), and simplify the Court's review of these two motions.

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 2nd day of September, 2018.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

Glenda M. Aldana Madrid, WSBA No. 46987
Email: glenda@nwirp.org

Leila Kang, WSBA No. 48048
Email: leila@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Kristin Macleod-Ball*
Trina Realmuto*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs-Petitioners*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE - 2
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. Defendants' motion to dismiss will be due September 6 and noted for September 28. Plaintiffs' response to the motion to dismiss will be due September 24, and defendants' reply will be due September 28. Plaintiffs' amended motion for class certification will be filed on September 6. Defendants' response to plaintiffs' amended motion for class certification is due September 24, and plaintiffs' reply is due September 28.

DATED this ____ day of _________________, 2018.

_____________________________________
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorney for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION BRIEFING SCHEDULE - 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458