*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ALEX M. AZAR II, Secretary of HHS; SCOTT LLOYD, Director of ORR; MARC J. MOORE, Seattle Field Office Director;, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL
OF COUNSEL

CASE NO. 2:18-cv-928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

1  TO: CLERK OF THE COURT

2  AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Thomas F. Ahearne, William F. Abrams, Joanna Plichta Boisen, Benjamin J. Hodges, and Kevin Ormiston hereby withdraw as counsel on behalf of Plaintiffs-Petitioners. Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Plaintiffs-Petitioners continue to be represented by co-counsel. Such withdrawal will take effect on September 6, 2018 without court order and without any further notice to any party, unless an objection to the withdrawal is served upon the undersigned.

Any and all future pleadings or papers, exclusive of original process, will continue to be served upon Plaintiffs-Petitioners' current counsel of record at the address set forth herein:

**Matt Adams**
**Glenda M. Aldana Madrid**
**Leila Kang**
NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
Email: matt@nwirp.org; glenda@nwirp.org;
leila@nwirp.org

**Kristin Macleod-Ball**
**Trina Realmuto**
AMERICAN IMMIGRATION COUNCIL
100 Summer St., 23rd Floor
Boston, MA 02110
Telephone: 857-305-3600
Email: kmacleod-ball@immcouncil.org;
trealmuto@immcouncil.org

//

//

//

//

//

NOTICE OF WITHDRAWAL
OF COUNSEL - 1

CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

RESPECTFULLY SUBMITTED this 6th day of September, 2018.

| | |
|---|---|
| *s/ Matt Adams*<br>Matt Adams, WSBA #28287<br>Email:  matt@nwirp.org | *s/ Thomas F. Ahearne*<br>Thomas F. Ahearne, WSBA #14844<br>Email:  ahearne@foster.com |
| *s/ Glenda M. Aldana Madrid*<br>Glenda M. Aldana Madrid, WSBA #46987<br>Email:  glenda@nwirp.org | *s/ William F. Abrams*<br>*William F. Abrams, CA Bar #88805<br>*Admitted pro hac vice<br>*Email:  bill.abrams@foster.com |
| *s/ Leila Kang*<br>Leila Kang, WSBA #48048<br>Email:  leila@nwirp.org | *s/ Joanna Plichta Boisen*<br>Joanna Plichta Boisen, WSBA #38368<br>Email:  Joanna.boisen@foster.com |

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

*Attorneys for Plaintiffs-Petitioners*

*s/ Kristin Macleod-Ball*
Kristin Macleod-Ball, NY Bar #5340500
Email: kmacleod-ball@immcouncil.org

*s/ Trina Realmuto*
Trina Realmuto, CA Bar #201088
Email: trealmuto@immcouncil.org

AMERICAN IMMIGRATION COUNCIL
100 Summer St., 23rd Floor
Boston, MA 02110
Telephone: 857-305-3600

*Attorneys for Plaintiffs-Petitioners*

*s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
Email:  ben.hodges@foster.com

*s/ Kevin Ormiston*
Kevin Ormiston, WSBA #49835
Email:  kevin.ormiston@foster.com

FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

*Attorneys for Plaintiffs-Petitioners*

NOTICE OF WITHDRAWAL
OF COUNSEL - 2

CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*s/ Benjamin J. Hodges*
Benjamin J. Hodges
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-6282
Facsimile: (206) 447-9700
Email:ben.hodges@foster.com

NOTICE OF WITHDRAWAL OF COUNSEL - 3

CASE NO. 2:18-cv-928  MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611