UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

Yolany PADILLA, et al.,

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Defendants.

Case No. 18-cv-0928 MJP

**DECLARATION OF CARLOS MOCTEZUMA GARCIA IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

I, Carlos Moctezuma García, hereby declare:

1. I am an attorney licensed to practice law in Texas. My business address is 4905-A N. McColl, McAllen, TX 78504. I am admitted to practice in the Southern and Western Districts of Texas and before the Fifth Circuit Court of Appeals.

2. I have been practicing law for the last 9 years. I am a co-founder and member at García & García, Attorneys at Law, P.L.L.C. My practice primarily involves immigration law and criminal law. I represent people in removal proceedings before an immigration judge working for the Executive Office for Immigration Review, including in bond hearings at the Immigration Courts at the South Texas Detention Center in Pearsall, Texas and the Port Isabel Detention Center in Port Isabel, Texas.

3. My colleagues and I at García & García represent at least 3-5 clients in bond hearings each month.

4. Our clients at the South Texas Detention Center who request bond hearings after a

1

GARCIA DECL.
Case No. 2:18 cv 00928-MJP -1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

positive credible fear determination regularly wait more than 7 days, and sometimes up to a month, for a bond hearing. Our clients at the Port Isabel Detention Center who request bond hearings after a credible fear determination often wait more than seven days for a bond hearing.

5. None of our clients receive written bond decisions from immigration judges with particularized findings unless they file an appeal with the Board of Immigration Appeals. Otherwise, they just get a decision on a Custody Order of the Immigration Judge form.

I declare under penalty of perjury of the laws of the State of Texas and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed the 6th day of September 2018 in McAllen, Texas.

By: _____
Carlos Moctezuma García

GARCIA DECL.
Case No. 2:18 cv 00928-MJP -2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 6th day of September, 2018.

*s/ Glenda M. Aldana Madrid*
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8646
Facsimile: (206) 587-4025
E-mail: glenda@nwirp.org

GARCIA DECL.
Case No. 2:18 cv 00928-MJP -3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611