The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, et al.,

            Plaintiffs,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

            Defendants.

Case No. 18-cv-0928 MJP

**DECLARATION OF BLANCA ORANTES**

I, Blanca Orantes, hereby declare:

    1.    My name is Blanca Orantes. I entered the U.S. on May 21, 2018, with my 8-year-old son, A. We immediately walked to the immigration office to request asylum.

    2.    I was transported by immigration officers to a detention facility in Texas. They led me into the holding center known as "the hielera," or "freezer," and took my son to another part of the facility. An officer later brought my son back so I could say goodbye to him because

ORANTES DECL. - 1
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

we were being separated. My son began to cry and plead for me not to leave him. Then they took him away from me.

3.      The conditions in the hielera were horrific. All they gave us to eat was a sandwich. It was freezing, and there were so many children. In the corners were mothers with babies who were crying. It was evil.

4.      After this, I was transported to another holding location which was even worse. There were so many people being held there, it was very unsanitary. There was never toilet paper in the bathrooms. I couldn't bathe or brush my teeth for days. Then, I was transferred to another detention center in Texas. We were given three meals a day and we could go out on the patio for half an hour a day. We weren't so tightly enclosed anymore, each to her own cell. But we were still treated badly by the officers there.

5.      On May 24, 2018, I was handcuffed and taken to court where I was sentenced to time served for improper entry. But then I was returned to my cell with no explanation of what would happen next.

6.      About nine days after this, I was transported to a federal detention center in Washington. I felt devastated and confused because I didn't know what had happened to my son, nor what would happen to me. Why was I there? What was happening with my case? Nobody explained anything to me. I found out this federal detention center was mostly for men who had committed grave criminal offenses, and I did not want to be there.

7.      Around June 9, 2018, an officer handed me a slip of paper which said where my son was being held in detention. I felt so awful and so strange because I didn't have any idea what to do in this moment for my son.

ORANTES DECL. - 2
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

8.      An attorney from Northwest Immigrant Rights Project began helping me, but he said we had to wait for the government to set me up for an interview with an asylum officer.

9.      There were times I thought about giving up my asylum case, being detained for weeks, apart from my son. When I didn't know where he was, I would have done anything to get out of prison and find him. It was all the more frustrating that no one had given me an explanation of how much longer I would have to wait to apply for asylum, to see my son, or to request to be released from detention.

10.      On June 20, 2018, I was transferred to the Northwest Detention Center in Tacoma, Washington. It felt frustrating to be transferred so many times and never told why. It felt like there was no hope. By this time, I had been detained for nearly a month. The conditions in Tacoma were worse than conditions at the federal detention center. The food in Tacoma was very poor, and the deportation officers treated us poorly and were very strict with us. After all this time, we were still incarcerated – it felt dehumanizing. It's not good for people to be in jail for so long.

11.      On June 27, 2018, I was finally interviewed by an asylum officer. I had already been in the US for over one month, and I had been separated from my son for that long as well. During the interview, I felt distressed because they made me recall very difficult things, but I was able to explain to the asylum officer why I was afraid to return.

12.      After the interview, I was notified that the asylum officer found that my fear was credible, and that I could now apply for asylum with an immigration judge and that I could also ask for a bond hearing, to request to be released.

13.      My attorney requested a bond hearing for me, but I was not scheduled for a hearing until three weeks after my credible fear interview. Being detained became harder by the

ORANTES DECL. - 3
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

day. I cried myself to sleep nearly every night, waiting for a chance to show the immigration judge that I should be released from detention. Honestly, I considered giving up my case. What else is a mother supposed to do? I just wanted to get out of detention and find my son.

14.     My bond hearing was held at the detention center on July 16, 2018. I could not fully understand what happened. The judge asked a series of questions, but then gave my attorney a paper that said I could not be released. My heart sank. I had been so hopeful because I had seen other women who were locked up with me get bonds and be released. I thought that finally I would be released and be able to see my son. My attorney tried to explain that we could appeal and ask for another bond hearing, but I could only cry.

15.     I did not think it was possible to feel even more desperate than I had when they first took my son away from me—but I felt like all my hopes were shattered. I could not understand why many other asylum seekers like me had been released, yet I was found to be a flight risk. Because the judge denied bond, I remained in detention. I didn't know whether I would have the will or strength to continue fighting my case. I was terrified to get sent back, but being in detention was a very painful, unbearable experience, especially since my family could not visit me. I had already been locked up for almost two months. Now it seemed like I would be locked up for many more.

16.     On July 24, 2018, I was transferred to a detention facility in Texas. I stayed there for four or five days before they brought me my son and we were released. I had seen articles about the children separated from their parents by immigration, and the children were not the same when they were reunited. I was so afraid this would happen with my son. When he saw me again for the first time, he started to cry, and I was afraid he no longer remembered me, or that he thought I had abandoned him.

ORANTES DECL. - 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

17.   I don't even want to remember the feeling of being in detention. I suffered greatly during the sixty-four days I was locked up. Each day in detention, I felt hopeless, lost, and overwhelmed. I felt that I was being punished for coming to the United States to seek asylum, and I felt I was being treated like a criminal. I suffered much there, emotionally. They don't give you any hope, and no one ever gives you an explanation of anything, which makes the situation even worse.

I, Blanca Orantes, declare under penalty of perjury of the laws of the State of Maryland and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in _Bowie_, MD on September 18, 2018.

By: _Biflotiz_
Blanca Orantes

ORANTES DECL. - 5
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611