The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., <br><br> Plaintiffs, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 18-cv-0928 MJP <br><br> **DECLARATION OF BALTAZAR VASQUEZ** |

I, Baltazar Vasquez, hereby declare:

    1.    My name is Baltazar Vasquez. I entered the U.S. on or around May 31, 2018, and was apprehended by immigration officers. I told them I was afraid of returning to El Salvador and wanted to seek asylum.

    2.    I was transported by officers to a federal holding center near San Diego, California for around nine days.

VASQUEZ DECL. - 1
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

3. Then I was transferred to a Federal Detention Center in Victorville, California. The treatment of individuals in this federal prison was very inhumane. I learned that the prison was for people with grave criminal convictions, so the officers there were trained to punish people, not to help immigrants. It was terrible. While being detained in Victorville, I was very sick, and so were many of those being held with me, because the conditions were unhealthy. The food was unhealthy, and when a person was sick, they were not quarantined. There was very little medical attention in the prison in Victorville and no medical attention during the night hours. At one point, I really thought I was going to die. I spent four days in a hospital. From what I can understand, I had a stomach infection after eating the food in the prison.

4. I was in Victorville until July 20, 2018, for six weeks, without ever speaking with an immigration officer or judge about my asylum case. It was terrible to wait for so many weeks, but I knew it was better to wait than to go back to my country, because I was so afraid of returning there.

5. My wife tried to visit me while I was in the detention center in Victorville. She had entered the United States in October of 2017. She was unable to get permission to visit me in Victorville, and this was emotionally painful for both of us. We see ourselves as a pair. An attorney also tried to come visit me in Victorville and could not get permission. The phone services were not very good, so I could not speak to my family on the phone, plus using the phones cost so much money.

6. Then I was transferred to another detention center in Adelanto. Finally my wife got permission to visit me in detention, and was able to come one time. An attorney was also finally able to visit me. However, I was still frustrated about how long I was being kept detained,

VASQUEZ DECL. - 2
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

as well as about being transferred without any explanation. It is impossible for one to know what is happening during this whole process.

7. On July 31, 2018, after two months of being in detention in these awful conditions, I had a credible fear interview at the detention center in Adelanto. My interview was troubling and sad, because you're explaining things that happened that tormented you. In reality, it's not easy – it was really difficult. But you have to tell the story.

8. The asylum office found that I had a credible fear. I was eager to move forward with my case, to ask whether I could be released while I argued my case, but I had to wait another three weeks until a bond hearing. Waiting was torture.

9. It was very difficult to gather evidence for my bond case while I was detained, because it was almost impossible to communicate with people outside of detention, much less to get them to help gather evidence. I needed letters of support from people outside of the detention center, from people in the organizations that wanted to help me or from my family, and it was very difficult to communicate with everyone and get letters.

10. On August 20, 2018, I had my first hearing in front of a judge since I arrived. I was granted a bond of 8,000 dollars, but the judge also required me to wear an ankle monitor. From what I could understand of the hearing, the bracelet was a condition of the bond.

11. I was relieved to have my freedom, although the ankle monitor has been very burdensome.

12. I was not only physically ill while in detention for over 11 weeks, but also suffered from feeling depressed and isolated, especially when I could not see my wife. Being forced to do nothing and unable to work, I felt that I had no purpose in life. Work is necessary for good health. I felt idle, useless. I just wanted to seek asylum for myself and for my wife, and

VASQUEZ DECL. - 3
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

someday also for my youngest son. I felt I was in a psychological crisis, waiting so long to explain my asylum claim to someone.

I, Baltazar Vasquez, declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Inglewood, CA on September 18, 2018.

By: _____
Baltazar Vasquez

VASQUEZ DECL. - 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611