The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., | Case No. 2:18-cv-00928-MJP |
| Plaintiffs-Petitioners, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al., | |
| Defendants-Respondents. | |

PLEASE TAKE NOTICE that below signed counsel hereby enters his appearance on behalf of Defendants-Respondents.

DATED this 28nd day of September, 2018.

                                                      Respectfully submitted,

                                                      */s/ Sarah Stevens Wilson*
SARAH STEVENS WILSON, GA 212212
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35213
Sarah.Wilson2@usdoj.gov
205-244-21404

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 1

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2445

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Plaintiffs-Petitioners.

DATED this 28th day of September, 2018.

      /s/ Sarah Stevens Wilson
SARAH STEVENS WILSON, GA 212212
United States Department of Justice

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP]  - 2

**U.S. Department of Justice**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2445