The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 18-cv-0928 MJP <br><br> **DECLARATION OF IBIS GUZMAN** |

I, Ibis Guzman, hereby declare:

1. I am over the age of eighteen. I am a plaintiff in *Yolany PADILLA, et al. v. United States Immigration and Customs Enforcement, et al.*

2. I understand that should the Court grant plaintiffs' amended motion for class certification, I would represent a large number of people seeking an injunction (which I have been told is a court order to stop something) against the federal government for its practices

GUZMAN DECL. - 1
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

which have caused the prolonged detention of recently-arrived asylum seekers, including delays in credible fear interviews and bond hearings.

3.     Specifically, I understand that this means that I and the other Plaintiffs are claiming that these practices by the federal government violate federal law, and I am acting on behalf of many other people besides myself.  I further understand that the people for whom I am acting include those who will be subjected to these practices of the government's policy in the future.

4.     I understand that, as a class representative, I represent the interests of all class members in this lawsuit.

5.     I understand that, as a class representative, it is my responsibility to represent the interests of the class as a whole and not just my own personal interests.

6.     I understand that a class representative has claims which are typical of members of the class.  By typical, I understand that my claims against the defendants are like the claims of the others because each of us was injured in a similar way and manner, as a result of the same policy or practice.

7.     I understand that my duty to be a class representative continues until the Court decides this case is no longer a class action, or the case is over.

8.     I understand that, through my lawyers, I have a duty and responsibility to let class members know about important events in the case.  I understand that my attorneys and the Court will let me know what those events are.

9.     I understand that if and when the Court requires me to notify class members about important happenings in this case, my attorneys who represent me will prepare the notice and send it out.

GUZMAN DECL. - 2
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

10. I understand that some types of notice that will be sent out include letting class members know what their rights are, and how they can participate in the case.

11. I understand and accept that any resolution of the lawsuit, for example by settlement and dismissal, is subject to court approval and must be in the best interests of the class as a whole.

12. I understand that a class representative is not required to be particularly sophisticated or knowledgeable about the subject of the lawsuit.  However, as class representative I am interested, on a continuous basis, in the progress of the lawsuit, and will make reasonable efforts to give my attorneys the information they need from me.

13. I understand that, by agreeing to become a class representative, I have a duty to take steps to prosecute the case, which will happen through my lawyers.  I know that I have to provide information to my lawyers they feel is necessary for the case; give them documents I have if it is required; testify at a deposition or trial if necessary; and let my attorneys know my current whereabouts at all times for it may be necessary for my attorneys to contact me on very short notice.

14. I understand that I am volunteering to represent many other people with similar claims.  I believe it is important that all people who are or will be illegally subject to these practices, as I was, benefit from the lawsuit.  Based on what I have been told, this class lawsuit will save time, money, and effort.

I, Ibis Guzman, declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

GUZMAN DECL. - 3
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

Executed in Victorville CA on September 27, 2018.

By: /s/ Ibis Guzman C
Ibis Guzman

GUZMAN DECL. - 4
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611

## CERTIFICATE OF INTERPRETATION

I, Leila Kang, hereby certify that I interpreted the attached declaration into Spanish and read it to the declarant who indicated that she understood it and agreed to its contents. I further certify that I am competent in both English and Spanish to render and certify such interpretation.

Dated this 27th day of September, 2018.

Leila Kang

GUZMAN DECL. - 5
Case No. 2:18-cv-0928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957- 8611