*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A.; IBIS GUZMAN, on behalf of herself and her 5-year-old son R.G.; BLANCA ORANTES, on behalf of herself and her 8-year-old son A.M.; BALTAZAR VASQUEZ, on behalf of himself;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STIPULATION AND [█████████] ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 1, 2018. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order revising the schedule for the filing of Defendants' response in opposition to Plaintiffs' motion for preliminary injunction, and Plaintiffs' reply in support of their motion.

Currently Defendants' response to Plaintiffs' motion for preliminary injunction is due October 8, 2018, which is the Columbus Day holiday, and Plaintiffs' reply is October 12, 2018.

JOINT STIPULATION AND [█████████] ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE - 1

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1  After consultation between the parties' counsel, the parties stipulate to an extension until October 17, 2018, for Defendants to file their response to Plaintiffs' motion, and an extension until October 26, 2018, for Plaintiffs' to file their reply in support of their motion. Plaintiffs will re-note their motion for October 26, 2018.

5  The reason for this stipulation is to allow both sides sufficient time to brief these important issues thoroughly for the Court. This requested extension will not impact any other deadlines in the case.

8  RESPECTFULLY SUBMITTED this 1st day of October, 2018.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

Glenda M. Aldana Madrid, WSBA No. 46987
Email: glenda@nwirp.org

Leila Kang, WSBA No. 48048
Email: leila@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Kristin Macleod-Ball*
Trina Realmuto*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs-Petitioners*


JOSEPH. H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND [redacted]
ORDER REGARDING MOTION FOR
PRELIMINARY INJUNCTION BRIEFING
SCHEDULE - 2

Case No. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. Defendants' response to Plaintiffs' motion for preliminary injunction will be due October 17, 2018. Plaintiffs' reply to their motion for preliminary injunction will be due October 26, 2018, and their motion will be noted for that date.

DATED this **3** day of **Oct.**, 2018.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ▬
ORDER REGARDING MOTION FOR
PRELIMINARY INJUNCTION BRIEFING
SCHEDULE - 3

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorney for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE - 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458