HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Defendants. | Case No. 2:18-cv-0928 MJP<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS** |

Please take notice that Aaron Korthuis of the Northwest Immigrant Rights Project hereby enters his appearance in the matter as counsel of record for Plaintiffs Yolany Padilla, Ibis Guzman, Blanca Orantes, and Baltazar Vasquez, and consents to electronic service of all papers in this action.

    Aaron Korthuis
    NORTHWEST IMMIGRANT RIGHTS PROJECT
    615 Second Avenue, Suite 400
    Seattle, WA 98104
    (206) 816-3872
    aaron@nwirp.org

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS - 1
Case No. 2:18-cv-0928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

Dated this 15th day of October, 2018.

Respectfully submitted,

By: *s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS - 2
Case No. 2:18-cv-0928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611

# CERTIFICATE OF SERVICE

I certify that on October 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Executed in Seattle, Washington, on October 15, 2018.

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS - 3
Case No. 2:18-cv-0928 MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone (206) 957-8611