The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., | Case No. 2:18-cv-00928-MJP |
| Plaintiffs-Petitioners, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al., | |
| Defendants-Respondents. | |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611

Pursuant to Local Civil Rule 83.2(b)(3), counsel for Plaintiffs hereby notify the Court that Glenda M. Aldana Madrid of the Northwest Immigrant Rights Project withdraws as counsel for Plaintiffs in this matter. The following individuals continue as attorneys for Plaintiffs: Matt Adams, Leila Kang, and Aaron Korthuis of the Northwest Immigrant Rights Project as well as Trina Realmuto and Kristin Macleod-Ball of the American Immigration Council.

DATED this 7th day of November, 2018.

Respectfully submitted,

s/*Glenda M. Aldana Madrid*
Glenda M. Aldana Madrid, WSBA No. 46987

s/*Matt Adams*
Matt Adams, WSBA No. 28287

s/*Leila Kang*
Leila Kang, WSBA No. 48048

s/*Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 957-8611

s/*Trina Realmuto*
Trina Realmuto, admitted *pro hac vice*
s/*Kristin Macleod-Ball*
Kristin Macleod-Ball, admitted *pro hac vice*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600

NOTICE OF WITHDRAWAL OF COUNSEL
Case No 2:18-cv-928-MJP                    1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 7th day of November, 2018.

<u>s/Glenda M. Aldana Madrid</u>
Glenda M. Aldana Madrid
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104

NOTICE OF WITHDRAWAL OF COUNSEL
Case No 2:18-cv-928-MJP                    2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957-8611