The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA,; IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, MATTHEW G. WHIITAKER,[1] Acting United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STIPULATION AND [■■■■■■] ORDER REGARDING SUBMISSION OF 26(f) REPORT**<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 9, 2018. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order extending the deadline for submission of the Fed. R. Civ. P. 26(f) report, until two weeks after this Court's ruling on the pending motion for class certification.

On July 31, 2018, this Court entered an order setting the deadlines for the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f), and to exchange initial disclosures and file a 26(f)

---

[1] On November 7, 2018, Matthew G. Whitaker became the Acting Attorney General, automatically substituting for Jefferson B. Sessions III as a party in accordance with Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| JOINT STIPULATION AND [■■■■■■] ORDER REGARDING SUBMISSION OF 26(f) REPORT- 1<br>CASE NO. 2:18-cv-928 MJP | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation, District Court Section<br>PO Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone (202) 616-4458 |

1  report. ECF 17. The parties jointly determined that it was prudent to brief the issues in the motion
2  to dismiss and motion for class certification prior to having a Rule 26(f) conference so that both
3  parties had a fuller understanding of the issues. Pursuant to the instructions in that order, the parties
4  jointly telephoned the Courtroom Deputy to request an extension. A thirty-day extension was
5  granted. ECF 32. The parties subsequently met and conferred pursuant to the Court's order.
6  However, after the conference, the parties agreed that additional time to discuss would be
7  productive. Accordingly, the parties jointly requested an additional 30-day extension of the
8  deadline to exchange initial disclosures and submit a Rule 26(f) report to the Court, which was
9  granted.

10  The parties have now exchanged initial disclosures pursuant to this Court's order. But after
11  discussing further, the parties believe that it would be most efficient for both the parties and the
12  Court to extend the deadline for submission of the joint 26(f) report until two weeks after this
13  Court rules on the motion for class certification, so that the parties know the scope of the case
14  before finalizing the report. The parties believe this will inform their further discussions regarding
15  the requirements of Rule 26 and result in a 26(f) report that serves the needs of the case.

JOINT STIPULATION AND
[████████] ORDER
REGARDING SUBMISSION OF
26(f) REPORT- 2

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 9th day of November, 2018.

s/ Matt Adams
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

Leila Kang, WSBA No. 48048
Email: leila@nwirp.org

Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Kristin Macleod-Ball*
Trina Realmuto*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs-Petitioners*

JOSEPH. H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section

/s/ Lauren C. Bingham
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND
[PROPOSED] ORDER
REGARDING SUBMISSION OF
26(f) REPORT- 3

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The parties shall submit their 26(f) report within TWO WEEKS of this Court's ruling on the pending motion for class certification.

DATED this 13th day of Nov., 2018.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND
[~~PROPOSED~~] ORDER
REGARDING SUBMISSION OF
26(f) REPORT- 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorney for Defendants

JOINT STIPULATION AND
[REDACTED] ORDER
REGARDING SUBMISSION OF
26(f) REPORT- 5

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458