*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**DEFENDANTS' MOTION FOR EXTENSION TO FILE ANSWER**<br><br>NOTE ON MOTION CALENDAR: JANUARY 4, 2019. |

DEFENDANTS' MOTION FOR RECONSIDERATION

(Case No. 2:18-cv-00928-MJP)

i

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140

The United States of America hereby moves for an extension of time to file its answer in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the answer deadline until seven days after Congress restores appropriations to the Department.

4. Counsel was unable to confer with Plaintiff on this motion due to its unexpected nature.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for an extension of the answer deadline in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DEFENDANTS' MOTION FOR
RECONSIDERATION

(Case No. 2:18-cv-00928-MJP)

1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140

| | |
|---|---|
| Dated: December 26, 2018 | Respectfully submitted, |
| | |
| | JOSEPH H. HUNT |
| | Assistant Attorney General |
| | Civil Division |
| | |
| | WILLIAM C. PEACHEY |
| | Director |
| | Office of Immigration Litigation, |
| | District Court Section |
| | |
| | EREZ REUVENI |
| | Assistant Director |
| | Office of Immigration Litigation, |
| | District Court Section |
| | |
| | */s/ Sarah Stevens Wilson* |
| | SARAH STEVENS WILSON |
| | Assistant United States Attorney |
| | GA Bar No. 212212 |
| | United States Department of Justice |
| | 1801 Fourth Avenue North |
| | Birmingham, AL 35213 |
| | Phone: (205) 244-2140 |
| | Sarah.Wilson2@usdoj.gov |
| | |
| | *Counsel for Defendants* |

DEFENDANTS' MOTION FOR RECONSIDERATION

(Case No. 2:18-cv-00928-MJP)

2

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

              */s/ Sarah Wilson*
              Assistant United States Attorney
              United States Department of Justice

DEFENDANTS' MOTION FOR EXTENSION

(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140

*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION** |

DEFENDANTS' MOTION FOR
EXTENSION OF TIME

(Case No. 2:18-cv-00928-MJP)

i

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140

1  For good cause shown, Defendants' Motion for an extension of time to file an answer is
2  GRANTED.
3
4  DATED: _____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' MOTION FOR
EXTENSION OF TIME

(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(205) 244-2140