The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants-Respondents. | Case No. 2:18-cv-00928-MJP <br><br> NOTICE OF CHANGE OF ATTORNEY ADDRESS |

Please take notice of the following change of attorney address for Trina Realmuto, appearing pro hac vice on behalf of Plaintiffs, effective immediately:

Former address:    Trina Realmuto
American Immigration Council
100 Summer St., 23rd Fl.
Boston, MA 02110
Tel: (857) 305-3600
Email: trealmuto@immcouncil.org

Current address:    Trina Realmuto
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel: (857) 305-3600
Email: trealmuto@immcouncil.org

DATED this 3rd day of January, 2019,

Respectfully submitted,

NORTHWEST IMMIGRANT
RIGHTS PROJECT

Notice of Change of Attorney Address - 1
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

    *s/ Matt Adams*_____
Matt Adams, WSBA No. 28287
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)

    *s/ Trina Realmuto*_____
Trina Realmuto
AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
(847) 305-3600

Notice of Change of Attorney Address - 2
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on January 3, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

                      *s/ Trina Realmuto*
                      Trina Realmuto
                      1318 Beacon Street, Suite 18
                      Brookline, MA 02446
                      (857) 305-3600
                      Email: trealmuto@immcouncil.org

Notice of Change of Attorney Address - 3
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Tel. (857) 305-3600