The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, *et al.*,<br><br>  Plaintiffs-Petitioners,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.,*<br><br>  Defendants-Respondents. | Case No. 2:18-cv-00928-MJP<br><br>NOTICE OF CHANGE OF ATTORNEY ADDRESS |

Please take notice of the following change of attorney address for Kristin Macleod-Ball, appearing pro hac vice on behalf of Plaintiffs, effective immediately:

Former address:	Kristin Macleod-Ball
	American Immigration Council
	100 Summer St., 23rd Fl.
	Boston, MA 02110
	Tel: (857) 305-3722
	Email: kmacleod-ball@immcouncil.org

Current address:	Kristin Macleod-Ball
	American Immigration Council
	1318 Beacon Street, Suite 18
	Brookline, MA 02446
	Tel: (857) 305-3722
	Email: kmacleod-ball@immcouncil.org

DATED this 4th day of January, 2019,

Respectfully submitted,

NORTHWEST IMMIGRANT
RIGHTS PROJECT

Notice of Change of Attorney Address - 1
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18.
Brookline, MA 02446
Tel. (857) 305-3722

1
2                                 *s/ Matt Adams*
                               Matt Adams, WSBA No. 28287
3                                 615 2nd Avenue, Suite 400
                               Seattle, WA 98104
4                                 (206) 957-8611
                               (206) 587-4025 (fax)
5
6                                 *s/ Kristin Macleod-Ball*
                               Kristin Macleod-Ball
7                                 AMERICAN IMMIGRATION COUNCIL
                               1318 Beacon Street, Suite 18
8                                 Brookline, MA 02446
                               (847) 305-3722
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Notice of Change of Attorney Address - 2
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18.
Brookline, MA 02446
Tel. (857) 305-3722

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on January 4, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

    *s/ Kristin Macleod-Ball*
Kristin Macleod-Ball
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3722
Email: kmacleod-ball@immcouncil.org

Notice of Change of Attorney Address - 3
Case No. 2:18-cv-00928-MJP

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18.
Brookline, MA 02446
Tel. (857) 305-3722