1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10  YOLANY PADILLA, et al.,            CASE NO. C18-928 MJP

11              Plaintiffs,            MINUTE ORDER RE: MOTION
                                       FOR RECONSIDERATION
12       v.

13  US IMMIGRATION AND CUSTOMS
    ENFORCEMENT, et al.,
14
                Defendants.
15

16
17       The following minute order is made by the direction of the court, the Honorable Marsha

18  J. Pechman, United States District Judge:

19       The Court, having received and reviewed Defendants' Motion for Reconsideration (Dkt.

20  No. 92), calls for a response from Plaintiffs. The response shall be filed no later than **January

21  18, 2019** and shall not exceed twelve (12) pages in length. If the Court requires a reply from

22  Defendants, it shall so indicate.

23       The motion for reconsideration is re-noted to **January 18, 2019.**

24

MINUTE ORDER RE: MOTION FOR RECONSIDERATION - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed January 4, 2019.

3

                           William M. McCool
4                             Clerk of Court

5                             s/Paula McNabb
                            Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER RE: MOTION FOR RECONSIDERATION - 2