|||
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |
| YOLANY PADILLA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C18-928 MJP<br><br>ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

　　For good cause shown, the Government's motion to extend the answer deadline in the above-entitled matter is GRANTED.

　　IT IS ORDERED that the deadline for filing an answer in this matter is extended until such time as the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

　　IT IS FURTHER ORDERED that the answer deadline in this case is extended until seven days after Congress restores appropriations to the Department of Justice.

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 1

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated January 4, 2019.

                                             *[signature]*

                                         The Honorable Marsha J. Pechman
                                         United States Senior District Court Judge