1

*The Honorable Marsha J. Pechman*

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>       Plaintiffs-Petitioners,<br><br> v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLIAM P. BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>      Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE**<br><br>Note On Motion Calendar: April 22, 2018. |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

   Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order setting forth the below briefing schedule for Defendants' forthcoming motion to vacate the preliminary injunction, and also jointly move the Court for an Order staying the enforcement of the preliminary injunction until May 31, 2019.

   Defendants will be moving to vacate this Court's April 5, 2019, preliminary injunction in light of the Attorney General's decision in *Matter of M-S-*, 27 I&N Dec. 509 (A.G. 2019), which overruled *Matter of X-K-*, 23 I&N Dec. 731 (BIA 2005). In order to resolve the impact of this

JOINT STIPULATION AND
[PROPOSED] ORDER
REGARDING BRIEFING
SCHEDULE FOR
DEFENDANTS'
FORTHCOMING MOTION TO
VACATE
Case No. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1   decision on the preliminary injunction as expeditiously as possible, the parties have met and

2   conferred and agreed upon the following briefing schedule.

3          April 26, 2019: Deadline for Defendants' Motion to Vacate

4          May 10, 2019: Deadline for Plaintiffs' Opposition to Defendants' Motion to Vacate

5          May 15, 2019: Deadline for Defendants' reply in support of their Motion to Vacate

6          Given the complex issues that the parties anticipate briefing, the parties also stipulate to a

7   page limit of 24 pages for Defendants' Motion and Plaintiffs' Opposition, and 12 pages for

8   Defendants' reply.

9          The parties also stipulate to a stay of the enforcement of the preliminary injunction until

10   May 31, 2019, in order to resolve the impact of *Matter of M-S-* before the injunction goes into

11   effect. To that effect, the parties respectfully request that this Court rule on the Motion to Vacate

12   on or by May 31, 2019.[1]

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

[1] Defendants reserve the right to move for an emergency stay if the Court has not ruled on the Motion to Vacate.

| | |
|---|---|
| JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE | U.S. Department of Justice, Civil Division Office of Immigration Litigation, District Court Section PO Box 868, Ben Franklin Station Washington, DC 20044 Telephone (202) 616-4458 |

CASE No. 2:18-cv-928  MJP

1 │ RESPECTFULLY SUBMITTED this April 19, 2019.

2

3 │ *s/ Matt Adams*
Matt Adams, WSBA No. 28287                      Trina Realmuto*
Email:  matt@nwirp.org                           Kristin Macleod-Ball*

4

5 │ Leila Kang, WSBA No. 48048                        AMERICAN IMMIGRATION COUNCIL
Email:  leila@nwirp.org                          1318 Beacon Street, Suite 18
                                                 Brookline, MA 02446
6                                                (857) 305-3600
                                                 trealmuto@immcouncil.org
7 │ Aaron Korthuis, WSBA No. 53974                   kmacleod-ball@immcouncil.org
Email: aaron@nwirp.org

8                                                *Admitted *pro hac vice*

9 │ NORTHWEST IMMIGRANT
RIGHTS PROJECT
10 │ 615 Second Avenue, Suite 400                     *Attorneys for Plaintiffs-Petitioners*
Seattle, WA  98104
11 │ Telephone: (206) 957-8611
Facsimile: (206) 587-4025

12

13 │ JOSEPH. H. HUNT                                   */s/ Lauren C. Bingham*
Assistant Attorney General                       LAUREN C. BINGHAM, Fl. Bar #105745
14 │ Civil Division                                   Trial Attorney, District Court Section
                                                 Office of Immigration Litigation
15 │                                                  Civil Division
WILLIAM C. PEACHEY                               P.O. Box 868, Ben Franklin Station
16 │ Director, District Court Section                 Washington, DC 20044
Office of Immigration Litigation                 (202) 616-4458; (202) 305-7000 (fax)
17 │                                                  lauren.c.bingham@usdoj.gov
EREZ REUVENI
18 │ Assistant Director, District Court Section

19 │                                                  *Attorneys for Defendants-Respondents*

20

21

22

23

24

25

26

JOINT STIPULATION AND                             U.S. Department of Justice, Civil Division
[PROPOSED] ORDER                 Office of Immigration Litigation, District Court Section
REGARDING BRIEFING                              PO Box 868, Ben Franklin Station
SCHEDULE FOR                                            Washington, DC 20044
DEFENDANTS'                                         Telephone (202) 616-4458
FORTHCOMING MOTION TO
VACATE
CASE NO. 2:18-cv-928  MJP

1

**[PROPOSED] ORDER**

2      Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The following

3  deadlines govern Defendants' forthcoming Motion to Vacate:

4      April 26, 2019: Deadline for Defendants' Motion to Vacate

5      May 10, 2019: Deadline for Plaintiffs' Opposition to Defendants' Motion to Vacate

6      May 15, 2019: Deadline for Defendants' reply in support of their Motion to Vacate

7      Compliance with the Preliminary Injunction entered on April 5, 2019, is hereby STAYED

8  until May 31, 2019.

9

10

11          DATED this _____ day of _____, 2019.

12

13

14                                    _____
                                      THE HONORABLE MARSHA J. PECHMAN
                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND                              U.S. Department of Justice, Civil Division
[PROPOSED] ORDER                          Office of Immigration Litigation, District Court Section
REGARDING BRIEFING                                 PO Box 868, Ben Franklin Station
SCHEDULE FOR                                              Washington, DC 20044
DEFENDANTS'                                            Telephone (202) 616-4458
FORTHCOMING MOTION TO
VACATE
CASE NO. 2:18-cv-928  MJP

1

## **CERTIFICATE OF SERVICE**

2

        I hereby certify that on April 22, 2019, I had the foregoing electronically filed with the

3

4

Clerk of the Court using the CM/ECF system, which will send notification of such filing to those

5

attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in

6

accordance with the Federal Rules of Civil Procedure.

7

8
                                                        */s/ Lauren C. Bingham*
                                                        LAUREN C. BINGHAM, Fl. Bar #105745
9
                                                        Trial Attorney, District Court Section
                                                        Office of Immigration Litigation
10
                                                        Civil Division
                                                        P.O. Box 868, Ben Franklin Station
11
                                                        Washington, DC 20044
                                                        (202) 616-4458; (202) 305-7000 (fax)
12
                                                        lauren.c.bingham@usdoj.gov
13

14                                                      Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND                    U.S. Department of Justice, Civil Division
[PROPOSED] ORDER                 Office of Immigration Litigation, District Court Section
REGARDING BRIEFING                          PO Box 868, Ben Franklin Station
SCHEDULE FOR                                        Washington, DC 20044
DEFENDANTS'                                        Telephone (202) 616-4458
FORTHCOMING MOTION TO
VACATE
CASE NO. 2:18-cv-928  MJP