*The Honorable Marsha J. Pechman*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, on behalf of herself and her 6-year-old son J.A., et al.<br><br>                        Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al.<br><br>                        Defendants-Respondents. | No. 2:18-cv-00928-MJP<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that below signed counsel hereby enters his appearance on behalf of Defendants-Respondents U.S. Immigration and Customs Enforcement, et al.

DATED this 22nd day of April, 2019.

                                                Respectfully submitted,

                                                */s/Archith Ramkumar*
                                                ARCHITH RAMKUMAR, NY Bar # 5269949
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division
                                                Office of Immigration Litigation,
                                                District Court Section
                                                P.O. Box 868, Ben Franklin Station
                                                Washington, DC 20044

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP] -1

**U.S. Department of Justice**
P.P. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

1
2   Phone: (202) 598-8060
    Fax: (202) 305-7000
3   Archith.Ramkumar@usdoj.gov

4   Attorney for Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP] -2

**U.S. Department of Justice**
P.P. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Plaintiffs-Petitioners.

DATED this 22nd day of April, 2019.

/s/Archith Ramkumar
ARCHITH RAMKUMAR, NY Bar # 5269949
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 598-8060
Fax: (202) 305-7000
Archith.Ramkumar@usdoj.gov

Attorney for Defendants

NOTICE OF APPEARANCE
[Case No. 2:18-cv-00928-MJP] - 3

**U.S. Department of Justice**
P.P. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458