*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLIAM P. BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE**<br><br>NOTE ON MOTION CALENDAR: APRIL 22, 2018. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order setting forth the below briefing schedule for Defendants' forthcoming motion to vacate the preliminary injunction, and also jointly move the Court for an Order staying the enforcement of the preliminary injunction until May 31, 2019.

Defendants will be moving to vacate this Court's April 5, 2019, preliminary injunction in light of the Attorney General's decision in *Matter of M-S-*, 27 I&N Dec. 509 (A.G. 2019), which overruled *Matter of X-K-*, 23 I&N Dec. 731 (BIA 2005). In order to resolve the impact of this

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

decision on the preliminary injunction as expeditiously as possible, the parties have met and conferred and agreed upon the following briefing schedule.

April 26, 2019: Deadline for Defendants' Motion to Vacate

May 10, 2019: Deadline for Plaintiffs' Opposition to Defendants' Motion to Vacate

May 15, 2019: Deadline for Defendants' reply in support of their Motion to Vacate

Given the complex issues that the parties anticipate briefing, the parties also stipulate to a page limit of 24 pages for Defendants' Motion and Plaintiffs' Opposition, and 12 pages for Defendants' reply.

The parties also stipulate to a stay of the enforcement of the preliminary injunction until May 31, 2019, in order to resolve the impact of *Matter of M-S-* before the injunction goes into effect. To that effect, the parties respectfully request that this Court rule on the Motion to Vacate on or by May 31, 2019.[1]

---

[1] Defendants reserve the right to move for an emergency stay if the Court has not ruled on the Motion to Vacate.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this April 19, 2019.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email:  matt@nwirp.org


Leila Kang, WSBA No. 48048
Email:  leila@nwirp.org

Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

Trina Realmuto*
Kristin Macleod-Ball*

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs-Petitioners*


JOSEPH. H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The following deadlines govern Defendants' forthcoming Motion to Vacate:

April 26, 2019: Deadline for Defendants' Motion to Vacate

May 10, 2019: Deadline for Plaintiffs' Opposition to Defendants' Motion to Vacate

May 15, 2019: Deadline for Defendants' reply in support of their Motion to Vacate

Compliance with the Preliminary Injunction entered on April 5, 2019, is hereby STAYED until May 31, 2019.

DATED this __23rd__ day of ____April_____, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

> */s/ Lauren C. Bingham*
> LAUREN C. BINGHAM, Fl. Bar #105745
> Trial Attorney, District Court Section
> Office of Immigration Litigation
> Civil Division
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> (202) 616-4458; (202) 305-7000 (fax)
> lauren.c.bingham@usdoj.gov
>
> Attorney for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTION TO VACATE

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458