*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLIAM P. BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT, EXTENDING THE TIME FOR IMPLEMENTING THE PRELIMINARY INJUNCTION ISSUED BY THIS COURT, STAYING DISCOVERY, AND SETTING A BRIEFING SCHEDULE FOR FORTHCOMING MOTIONS**<br><br>NOTE ON MOTION CALENDAR: MAY 13, 2019. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order setting forth the following:

1. Plaintiffs' Motion for Leave to Amend the Complaint (Dkt. 116) is granted.

2. Enforcement of the preliminary injunction entered on April 5 (Dkt. 110) ("Order") is further stayed until July 1, 2019, while the Court adjudicates Defendants' currently-

JOINT STIPULATION AND [PROPOSED] ORDER- 1
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060

pending motion to vacate the Order (Dkt. 114) and Plaintiffs' forthcoming cross-motion to modify the Order.

3. Defendants' deadline to file a Notice of Appeal with respect to the Order is extended from June 4, 2019 to July 5, 2019, to allow the Court to adjudicate Defendants' currently-pending motion to vacate the Order (Dkt. 114) and Plaintiffs' forthcoming cross-motion to modify the Order. *See* Federal Rule of Appellate Procedure 4(a)(5)(C) ("The district court may extend the time to file a notice of appeal [by] 30 days after the prescribed time.").

4. Discovery is stayed pending consideration of the parties' forthcoming motions.

5. Defendants will continue to schedule bond hearings pursuant to *Matter of X-K-* until the date *Matter of M-S-* is scheduled to go into effect.[1]

6. The following briefing schedule governs Plaintiffs' forthcoming cross-motion to modify the Order and Defendants' motion to dismiss Plaintiffs' Third Amended Complaint:

   a. Plaintiffs file their cross-motion to modify the Order on or before May 28, 2019.

   b. Defendants file their opposition to Plaintiffs' cross-motion to modify the Order on or before June 10, 2019.

   c. Plaintiffs file their reply in support of their cross-motion to modify the Order on or before June 14, 2019.

   d. Defendants file their motion to dismiss the Third Amended Complaint on or before June 3, 2019.

   e. Plaintiffs file their opposition to Defendants' motion to dismiss the Third Amended Complaint on or before June 17, 2019.

---

[1] The "effective date" of *Matter of M-S-* is "90 days" from April 16—July 15, 2019. Dkt. 114-1 at 12 n.8.

JOINT STIPULATION AND [PROPOSED] ORDER- 2
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060


1        f.   Defendants file their reply in support of their motion to dismiss the Third Amended

2            Complaint on or before June 21, 2019.

3  Given the complex issues that the parties anticipate briefing, the parties also stipulate to a

4  page limit of 24 pages for both parties' motions and oppositions, and 12 pages for both parties'

5  replies.

JOINT STIPULATION AND
[PROPOSED] ORDER- 3

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060

RESPECTFULLY SUBMITTED this May 13, 2019.

<u>s/ Matt Adams</u>
Matt Adams, WSBA No. 28287
Email:  matt@nwirp.org

Glenda M. Aldana Madrid, WSBA No. 46987
Email:  glenda@nwirp.org

Leila Kang, WSBA No. 48048
Email:  leila@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Kristin Macleod-Ball*
Trina Realmuto*

AMERICAN IMMIGRATION COUNCIL
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600
trealmuto@immcouncil.org
kmacleod-ball@immcouncil.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs-Petitioners*

JOSEPH. H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section

*/s/ Archith Ramkumar*
ARCHITH RAMKUMAR
N.Y.B. # 5269949
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-8060; (202) 305-7000 (fax)
archith.ramkumar@usdoj.gov

*Attorneys for Defendants-Respondents*

JOINT STIPULATION AND
[PROPOSED] ORDER

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED that:

1. Plaintiffs' Motion for Leave to Amend the Complaint (Dkt. 116) is granted.
2. Enforcement of the preliminary injunction entered on April 5 (Dkt. 110) is further stayed until July 1, 2019.
3. Defendants' deadline to file a Notice of Appeal with respect to the Order granting Plaintiffs' motion for a preliminary injunction is extended from June 4, 2019 to July 5, 2019.
4. Discovery is stayed pending consideration of the parties' forthcoming motions.
5. Defendants will continue to schedule bond hearings pursuant to *Matter of X-K-* until the date *Matter of M-S-* is scheduled to go into effect.
6. The following briefing schedule governs Plaintiffs' forthcoming cross-motion to modify the Order granting Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss Plaintiffs' Third Amended Complaint:
    a. Plaintiffs file their cross-motion to modify the Order granting Plaintiffs' motion for a preliminary injunction on or before May 28, 2019.
    b. Defendants file their opposition to Plaintiffs' cross-motion to modify the Order granting Plaintiffs' motion for a preliminary injunction on or before June 10, 2019.
    c. Plaintiffs file their reply in support of their cross-motion to modify the Order granting Plaintiffs' motion preliminary injunction on or before June 14, 2019.
    d. Defendants file their motion to dismiss the Third Amended Complaint on or before June 3, 2019.
    e. Plaintiffs file their opposition to Defendants' motion to dismiss the Third Amended Complaint on or before June 17, 2019.

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060

f.  Defendants file their reply in support of their motion to dismiss the Third Amended Complaint on or before June 21, 2019.

DATED this ____ day of _____, 2019.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

/s/ Archith Ramkumar
ARCHITH RAMKUMAR
N.Y.B. # 5269949
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-8060; (202) 305-7000 (fax)
archith.ramkumar@usdoj.gov

Attorney for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 598-8060