The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA.; IBIS GUZMAN.; BLANCA ORANTES; BALTAZAR VASQUEZ;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN K. MCALEENAN, Acting Secretary of DHS; JOHN P. SANDERS, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ELIZABETH GODFREY, Seattle Field Office Acting Director, ICE, WILLIAM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION IMPLEMENTATION<br><br>NOTE ON MOTION CALENDAR: JUNE 25, 2019. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order staying implementation of the preliminary injunction, entered by this Court on April 5, 2019, by an additional week, until July 8, 2019.[1]

Currently, the hearing on the motions is set for Friday, June 28, 2019, and the injunction implementation date is Monday, July 1, 2019 (the next business day). The parties respectfully

---

[1] By rule, the parties cannot further extend the deadline for filing an appeal, and the operative deadline to appeal the injunction is July 5, 2019. *See* ECF 129.

JOINT STIPULATION AND ORDER
REGARDING PRELIMINARY INJUNCTION
IMPLEMENTATION - 1
CASE NO. 2:18-cv-928 MJP

move for this stay in light of the upcoming hearing on Defendants' motion to vacate the injunction and Plaintiffs' motion to modify the injunction, in order to provide certainty as to the implementation date and avoid unnecessary confusion that would result from implementing an injunction that would soon be vacated or modified. Should this Court rule on the motion to vacate and motion to modify prior to July 8, the parties would be bound by that order and any vacatur or timeline for implementing a modified injunction, and not this stipulation.

JOINT STIPULATION AND ORDER
REGARDING PRELIMINARY INJUNCTION
IMPLEMENTATION - 2
CASE NO. 2:18-cv-928 MJP

1  RESPECTFULLY SUBMITTED this 25th day of June, 2019.

2

3  <u>s/ Matt Adams</u>                     Kristin Macleod-Ball*
   Matt Adams, WSBA No. 28287              Trina Realmuto*
4  Email:  matt@nwirp.org
                                           AMERICAN IMMIGRATION COUNCIL
5  Leila Kang, WSBA No. 48048              1318 Beacon Street, Suite 18
   Email:  leila@nwirp.org                 Brookline, MA 02446
6                                          (857) 305-3600
                                           trealmuto@immcouncil.org
7  Aaron Korthuis, WSBA No. 53974          kmacleod-ball@immcouncil.org
   Email: aaron@nwirp.org
8                                          Judy Rabinovitz*
   NORTHWEST IMMIGRANT                     Michael Tan*
9  RIGHTS PROJECT                          Anand Balakrishnan*
10 615 Second Avenue, Suite 400
   Seattle, WA  98104                      ACLU IMMIGRANTS' RIGHTS PROJECT
11 Telephone: (206) 957-8611               125 Broad Street, 18th floor
   Facsimile: (206) 587-4025               New York, NY 10004
12 *Attorneys for Plaintiffs-Petitioners*  (212) 549-2618

13

14                                         *Admitted *pro hac vice*

15                                         *Attorneys for Plaintiffs-Petitioners*

16
   JOSEPH. H. HUNT                         <u>/s/ Lauren C. Bingham</u>
17 Assistant Attorney General              LAUREN C. BINGHAM, Fl. Bar #105745
   Civil Division                          Trial Attorney, District Court Section
18                                         Office of Immigration Litigation
19 WILLIAM C. PEACHEY                      Civil Division
   Director, District Court Section        P.O. Box 868, Ben Franklin Station
20 Office of Immigration Litigation        Washington, DC 20044
                                           (202) 616-4458; (202) 305-7000 (fax)
21 EREZ REUVENI                            lauren.c.bingham@usdoj.gov
   Assistant Director, District Court Section
22 Office of Immigration Litigation        ARCHITH RAMKUMAR
                                           Trial Attorney
23
   SARAH S. WILSON
24 Assistant United States Attorney        *Attorneys for Defendants-Respondents*

25

26

JOINT STIPULATION AND ORDER
REGARDING PRELIMINARY INJUNCTION
IMPLEMENTATION - 3
CASE NO. 2:18-cv-928  MJP

## ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. Compliance with the preliminary injunction is STAYED until July 8, 2019.

DATED this __28th__ day of __June__, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

JOINT STIPULATION AND ORDER
REGARDING PRELIMINARY INJUNCTION
IMPLEMENTATION - 4
CASE NO. 2:18-cv-928 MJP

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

/s/ Lauren C. Bingham
LAUREN C. BINGHAM, Fl. Bar #105745
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

Attorney for Defendants

JOINT STIPULATION AND ORDER
REGARDING PRELIMINARY INJUNCTION
IMPLEMENTATION - 5
CASE NO. 2:18-cv-928 MJP