*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA; IBIS GUZMAN; BLANCA ORANTES; BALTAZAR VASQUEZ;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); THOMAS HOMAN, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, JEFFERSON BEAUREGARD SESSIONS III, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

i

NOTICE OF WITHDRAWAL OF COUNSEL

(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Joseph A. Darrow withdraws as counsel for Defendants-Respondents. Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Defendants-Respondents continue to be represented by co-counsel. Such withdrawal will take effect on July 9, 2019, without court order and without any further notice to any party, unless an objection to the withdrawal is served upon the undersigned.

Any and all future pleadings or papers, exclusive of original process, will continue to be served upon Defendants-Respondents' current counsel of record at the address set forth herein:

LAUREN C. BINGHAM
Trial Attorney
Office of Immigration Litigation,
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4458
Lauren.C.Bingham@usdoj.gov

SARAH S. WILSON
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (205) 244-2140
Sarah.S.Wilson@usdoj.gov

Dated: July 9, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section

NOTICE OF WITHDRAWAL OF COUNSEL
1
(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

EREZ REUVENI
Assistant Director

*/s/Joseph A. Darrow*
JOSEPH A. DARROW, NY BAR #5326939
Assistant U.S. Attorney
U.S. Attorney's Office for the
Central District of California
300 N. Los Angeles St., Suite 7816
Los Angeles, CA 90012
Phone: (213) 894-0436
Joseph.Darrow@usdoj.gov

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM
Fl. Bar #105745
Trial Attorney
Office of Immigration Litigation,
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
 (202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Counsel for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL

(Case No. 2:18-cv-00928-MJP)

2

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 616-4458

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

*/s/ Joseph A. Darrow*
Trial Attorney
United States Department of Justice

DEFENDANTS' MOTION FOR
RELIEF FROM DEADLINES

(Case No. 2:18-cv-00928-MJP)

Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044