|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 12 2019 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

YOLANY PADILLA; et al.,

        Plaintiffs-Appellees,

 v.

IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

        Defendants-Appellants,

 and

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, FKA Department of Social Services; et al.,

        Defendants.

No.   19-35565

D.C. No. 2:18-cv-00928-MJP
Western District of Washington, Seattle

ORDER

Before: SCHROEDER, CANBY, and CHRISTEN, Circuit Judges.

    The district court's April 5, 2019 and July 2, 2019 orders are stayed temporarily, pending further order of the court, to allow briefing to be completed on appellants' motion for a stay pending appeal.

    The opposition to the motion for a stay is due Monday, July 15, 2019 at 9:00 a.m. PDT. The reply is due Thursday, July 18, 2019 at 5:00 p.m. PDT.

AT/MOATT