
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

YOLANY PADILLA, et al.,

      Plaintiffs,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

      Defendants.

CASE NO. C18-928 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On July 3, 2019, the Government filed an appeal with the Ninth Circuit in the above-entitled matter. Dkt. No. 150. There is currently pending in this case a motion to dismiss (Dkt. No. 136) which is not one of the subjects of the appeal. The motion has been fully briefed. *See* Dkt. Nos. 141, 142.

It is ordered that the motion to dismiss is TERMINATED while the appeal is pending. Once the appeal is resolved, the Government is directed to re-file its motion to dismiss if it still

MINUTE ORDER - 1

1  wishes the Court to rule upon it.  If the motion is re-filed, the parties will be permitted the option

2  to simply re-file the current briefing, or to update the briefing as they deem necessary.  Should

3  the motion be re-filed, the parties are directed to indicate their intentions in that regard forthwith.

4     The clerk is ordered to provide copies of this order to all counsel.

5     Filed July 23, 2019.

```
                                    William M. McCool
                                    Clerk of Court

                                     s/Paula McNabb
                                    Deputy Clerk
```

MINUTE ORDER - 2