*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLAIM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING SCOPE OF CLASS**<br><br>NOTE ON MOTION CALENDAR: AUGUST 28, 2019. |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants hereby stipulate and jointly move the Court for an Order clarifying the scope of the class that is certified in this case. The Bond Hearing class is presently defined as:

> **Bond Hearing Class**: All detained asylum seekers who entered the United States without inspection, were initially subject to expedited removal proceedings under 8 U.S.C. § 1225(b), were determined to have a credible fear of persecution, but are not provided a bond hearing with a verbatim transcript or recording of the hearing within seven days of requesting a bond hearing.

JOINT STIPULATION AND [PROPOSED]
ORDER CLARIFYING SCOPE OF CLASS - 1
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1  The parties request that the Court clarify that the Bond Hearing Class includes individuals who
2  were determined to have a credible fear of torture, not just individuals who were determined to
3  have a credible fear of persecution and who otherwise meet the criteria for class membership. *See*
4  ECF 102.
5       The parties request this Order to clarify Defendants obligations pursuant to the preliminary
6  injunction entered by this Court (as partially stayed by the Ninth Circuit).

RESPECTFULLY SUBMITTED this 28th day of August, 2019.

| | |
|---|---|
| s/ Matt Adams<br>Matt Adams, WSBA No. 28287<br>Email: matt@nwirp.org<br><br>Leila Kang, WSBA No. 48048<br>Email: leila@nwirp.org<br><br>Aaron Korthuis, WSBA No. 53974<br>Email: aaron@nwirp.org<br><br>NORTHWEST IMMIGRANT<br>RIGHTS PROJECT<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Telephone: (206) 957-8611<br>Facsimile: (206) 587-4025<br>*Attorneys for Plaintiffs-Petitioners* | Trina Realmuto*<br>Kristin Macleod-Ball*<br><br>AMERICAN IMMIGRATION COUNCIL<br>1318 Street, Suite 18<br>Brookline, MA 02446<br>(857) 305-3600<br>trealmuto@immcouncil.org<br>kmacleod-ball@immcouncil.org<br><br>Judy Rabinovitz*<br>Michael Tan*<br>Anand Balakrishnan*<br><br>ACLU IMMIGRANTS' RIGHTS<br>PROJECT<br>125 Broad Street, 18th floor<br>New York, NY 10004<br>(212) 549-2618<br><br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiffs-Petitioners* |
| JOSEPH. H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>EREZ REUVENI<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>SARAH S. WILSON<br>Assistant United States Attorney | /s/ Lauren C. Bingham<br>LAUREN C. BINGHAM, Fl. Bar #105745<br>Senior Litigation Counsel,<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-4458; (202) 305-7000 (fax)<br>lauren.c.bingham@usdoj.gov<br><br>ARCHITH RAMKUMAR<br>Trial Attorney<br><br>*Attorneys for Defendants-Respondents* |

JOINT STIPULATION AND [PROPOSED]
ORDER CLARIFYING SCOPE OF CLASS - 3
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The Court hereby CLARIFIES that the Bond Hearing Class includes individuals who otherwise satisfy the requirements for class membership but were determined to have a credible fear of torture, rather than only individuals determined to have a credible fear of persecution. Accordingly, the preliminary injunction in this case (as partially stayed by the Ninth Circuit), applies to these individuals.

DATED this ____ day of _____, 2019.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED]
ORDER CLARIFYING SCOPE OF CLASS - 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

                                                */s/ Lauren C. Bingham*
                                                LAUREN C. BINGHAM
                                                Senior Litigation Counsel

                                                Attorney for Defendants-Respondents

JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING SCOPE OF CLASS - 5

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458