Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants-Respondents. | Case No. 2:18-cv-00928-MJP <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Pursuant to Local Civil Rule 83.2(b)(3), counsel for Plaintiffs hereby notify the Court that Leila Kang of the Northwest Immigrant Rights Project withdraws as counsel for Plaintiffs in this matter. The following individuals continue as attorneys for Plaintiffs: Matt Adams and Aaron Korthuis of the Northwest Immigrant Rights Project; Trina Realmuto and Kristin Macleod-Ball of the American Immigration Council; Judy Rabinovitz, Michael Tan, and Anand Balakrishnan of the ACLU Immigrants' Rights Project.

DATED this 10th day of December, 2019.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

*s/ Leila Kang*
Leila Kang, WSBA No. 48048
Email: leila@nwirp.org

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

*s/ Trina Realmuto*
Trina Realmuto*
Email: trealmuto@immcouncil.org

*s/ Kristin Macleod-Ball*
Kristin Macleod-Ball*
Email: kmacleod-ball@immcouncil.org

AMERICAN IMMIGRATION COUNCIL
1318 Beacon Street, Suite 18
Brookline, MA 02446
Telephone: (857) 305-3600

s/ *Judy Rabinovitz*
Judy Rabinovitz*
Email: jrabinovitz@aclu.org

s/ *Michael Tan*
Michael Tan*
Email: mtan@aclu.org

s/ *Anand Balakrishnan*
Anand Balakrishnan*
Email: abalakrishnan@aclu.org

ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th floor
New York, NY 10004
Telephone: (212) 549-2618

*Admitted pro hac vice

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 10th day of December, 2019.

<u>s/ Leila Kang</u>
Leila Kang, WSBA No. 48048
Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611