FILED

MAY 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOLANY PADILLA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, FKA Department of Social Services; et al., <br><br> Defendants. | No.   19-35565 <br><br> D.C. No. 2:18-cv-00928-MJP <br> Western District of Washington, Seattle <br><br> ORDER |

Before:  THOMAS, Chief Judge, and HAWKINS and BADE, Circuit Judges.

Defendants-Appellant's unopposed motion for an extension of time to file a petition for rehearing and rehearing en banc is GRANTED.  The petition is now due June 25, 2020.