FILED

JUL 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOLANY PADILLA; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, FKA Department of Social Services; et al.,<br><br>        Defendants. | No.   19-35565<br><br>D.C. No. 2:18-cv-00928-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, and HAWKINS and BADE, Circuit Judges.

     Defendants-Appellants' unopposed motion for an extension of time to file a petition for rehearing and rehearing en banc is GRANTED. The petition is now due August 24, 2020.