*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLAIM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>    Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER STAYING CASE**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 10, 2020. |

On September 8, 2020, the Court emailed counsel in this case and requested that counsel confer and file a status report on the following questions:

1. The status of the appeal in the Ninth Circuit.

2. The likelihood of the case being ready for trial on October 19.

3. Any other matters the parties feel would be helpful for the Court in deciding how to proceed from this point.

JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE - 1

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

The parties have conferred and agree on the following:

1. On August 24, the Government filed a petition for a writ of certiorari of the Ninth Circuit's decision, which has been docketed in the Supreme Court in case no. 20-234. The petition is also available on Westlaw, *see Dept't of Homeland Security et al., Petitioners, v. Yolany Padilla*, *et al.*, 2020 WL 5092673.

2. The case will not be ready for trial on October 19.

3. In light of the pending petition for certiorari, the parties agree that the most efficient way forward is to continue to stay this case while the petition for certiorari is pending, and if the petition is granted, until the resolution of the case before the Supreme Court. Accordingly, the parties have attached a proposed order staying the case to this filing, with instructions that the parties should update the Court upon any decision by the Supreme Court.

JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE - 2

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 10th day of September, 2020.

<div style="column-count:2">

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email:  matt@nwirp.org

Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Trina Realmuto*

NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Kristin Macleod-Ball*

AMERICAN IMMIGRATION COUNCIL
1318 Street, Suite 18
Brookline, MA 02446
(857) 305-3600
kmacleod-ball@immcouncil.org

Judy Rabinovitz*
Michael Tan*
Anand Balakrishnan*

ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th floor
New York, NY 10004
(212) 549-2618

*Admitted *pro hac vice*

</div>

<div style="column-count:2">

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH S. WILSON
Senior Litigation Counsel

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Senior Litigation Counsel,
District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

ARCHITH RAMKUMAR
Trial Attorney
*Attorneys for Defendants-Respondents*

</div>

JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE - 3

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. This case is STAYED during the pendency of the Government's petition for writ of certiorari at the Supreme Court, and if the petition is granted, the stay shall continue until resolution of the case at the Supreme Court. The parties are directed to confer and file a status report within seven (7) days of the issuance of the certified copy of the judgment of the Supreme Court decision denying the petition, or issuing a decision on the merits.

DATED this ____ day of _____, 2020.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED]
ORDER STAYING CASE - 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

>    */s/ Lauren C. Bingham*
>    LAUREN C. BINGHAM
>    Senior Litigation Counsel

>    Attorney for Defendants-Respondents

JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE - 5

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458