*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KIRSTJEN NIELSEN, Secretary of DHS; KEVIN K. McALEENAN, Acting Commissioner of CBP; L. FRANCIS CISSNA, Director of USCIS; ELIZABETH GODFREY, Acting Seattle Field Office Director, ICE; WILLIAM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL

(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 598-8060

TO:	CLERK OF THE COURT

AND TO:	ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Archith Ramkumar withdraws as counsel for Defendants-Respondents.  Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Defendants-Respondents continue to be represented by co-counsel.  Such withdrawal will take effect on October 21, 2020, without court order and without any further notice to any party, unless an objection to the withdrawal is served upon the undersigned.

Any and all future pleadings or papers, exclusive of original process, will continue to be served upon Defendants-Respondents' current counsel of record at the address set forth herein:

LAUREN C. BINGHAM
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4458
Lauren.C.Bingham@usdoj.gov

SARAH S. WILSON
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 532-4700
Sarah.S.Wilson@usdoj.gov

NOTICE OF WITHDRAWAL OF COUNSEL

(Case No. 2:18-cv-00928-MJP)

1

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 598-8060

| | |
|---|---|
| Dated: October 21, 2020 | Respectfully submitted, |

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section

EREZ REUVENI
Assistant Director

LAUREN C. BINGHAM
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4458
Lauren.C.Bingham@usdoj.gov

SARAH S. WILSON
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 532-4700

*/s/Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 598-8060
Archith.Ramkumar@usdoj.gov

2

NOTICE OF WITHDRAWAL OF COUNSEL

(Case No. 2:18-cv-00928-MJP)

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 598-8060

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

                                                                           */s/ Archith Ramkumar*
                                                                           Trial Attorney
                                                                           United States Department of Justice