UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| DEC 07 2020 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

YOLANY PADILLA; et al.,

             Plaintiffs - Appellees,

   v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT; et al.,

             Defendants - Appellants,

 and

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES, FKA Department
of Social Services; et al.,

             Defendants.

No. 19-35565

D.C. No. 2:18-cv-00928-MJP
U.S. District Court for Western
Washington, Seattle

**MANDATE**

        The judgment of this Court, entered March 27, 2020, takes effect this date.

        This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT

                                        By: Nixon Antonio Callejas Morales
                                        Deputy Clerk
                                        Ninth Circuit Rule 27-7