FILED

JUL 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOLANY PADILLA; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>        Defendants-Appellants,<br><br>and<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, FKA Department of Social Services; et al.,<br><br>        Defendants. | No.   19-35565<br><br>D.C. No. 2:18-cv-00928-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, and HAWKINS and BADE, Circuit Judges.

The parties' joint motion to hold this appeal in abeyance for a further 60 days is GRANTED. The Court will not consider further requests to hold the case in abeyance absent extraordinary circumstances. This appeal is referred to the Circuit Mediator for the period of the time extension to explore whether the appeal can be resolved through negotiation between the parties.

cc:	Circuit Mediator