UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>                Defendants. | CASE NO. C18-928 MJP<br><br>STATUS REPORT ORDER |

The Court raises this matter sua sponte after considering the Parties' Joint Status Report (Dkt. No. 168) and the Ninth Circuit's Order holding the appeal in abeyance for 60 days from July 7, 2021 (Dkt. No. 169). The Court ORDERS the Parties to meet and confer and file a joint status report within 7 days of entry of this Order to update the Court on the status of the appeal and to advise the Court on any proposed deadlines and actions the Parties wish the Court to consider.

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated September 9, 2021.

Marsha J. Pechman
United States Senior District Judge