*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLAIM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STATUS REPORT AND ORDER CONTINUING STAY OF CASE**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 10, 2021. |

The parties hereby respond to this Court's order of September 9, 2021, and advise the following.

On September 11, 2020, this Court stayed this case upon agreement of the parties, because the Government had filed a petition for writ of certiorari in the Supreme Court. ECF no. 165. On January 11, 2021, the Supreme Court issued an order granting the Government's petition, vacating the decision of the Court of Appeals, and remanding to the Ninth Circuit "for further consideration in light of *Department of Homeland Security* v. *Thuraissigiam*, 591 U.S. ___ (2020)." *Immigration*

JOINT STIPULATION AND ORDER STAYING CASE   - 1
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

*and Customs Enforcement v. Padilla*, 141 S. Ct. 1041 (Mem) (2021). On February 12, 2021, the Supreme Court issued its judgment remanding the case to the Ninth Circuit. *See* Ninth Circuit Docket no. 79.

On remand, the parties agreed to several periods of abeyance before the Ninth Circuit, in order to allow incoming Department of Justice and Department of Homeland Security officials to become familiar with this case. On July 7, 2021, the Ninth Circuit referred the case to the Circuit Mediator to explore the potential for settlement. *See* Ninth Circuit Docket no. 86. The parties are now before the mediator, with an upcoming mediation scheduled for September 22, 2021.

The parties believe that this Court should continue to stay proceedings until mediation and any further proceedings at the Ninth Circuit are resolved. Accordingly, the parties have attached a proposed order staying the case to this filing, with instructions that the parties should update this Court upon resolution of mediation or further proceedings, if any, at the Ninth Circuit.

JOINT STIPULATION AND ORDER STAYING CASE - 2

Case No. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 10th day of September, 2021.

| | |
|---|---|
| *s/ Matt Adams* | Trina Realmuto* |
| Matt Adams, WSBA No. 28287 | Kristin Macleod-Ball * |
| Email:  matt@nwirp.org | |
| | NATIONAL IMMIGRATION |
| Aaron Korthuis, WSBA No. 53974 | LITIGATION ALLIANCE |
| Email: aaron@nwirp.org | 10 Griggs Terrace |
| | Brookline, MA 02446 |
| NORTHWEST IMMIGRANT | (617) 819-4447 |
| RIGHTS PROJECT | trina@immigrationlitigation.org |
| 615 Second Avenue, Suite 400 | |
| Seattle, WA  98104 | |
| Telephone: (206) 957-8611 | |
| Facsimile: (206) 587-4025 | Judy Rabinovitz* |
| *Attorneys for Plaintiffs-Petitioners* | Michael Tan* |
| | Anand Balakrishnan* |
| | |
| | ACLU IMMIGRANTS' RIGHTS |
| | PROJECT |
| | 125 Broad Street, 18th floor |
| | New York, NY 10004 |
| | (212) 549-2618 |
| | |
| | *Admitted *pro hac vice* |

| | |
|---|---|
| SARAH E. HARRINGTON | */s/ Lauren C. Bingham* |
| *Deputy Assistant Attorney General* | LAUREN C. BINGHAM, Fl. Bar #105745 |
| Civil Division | Senior Litigation Counsel, |
| | District Court Section |
| WILLIAM C. PEACHEY | Office of Immigration Litigation |
| Director, District Court Section | Civil Division |
| Office of Immigration Litigation | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| EREZ REUVENI | (202) 616-4458; (202) 305-7000 (fax) |
| Assistant Director, District Court Section | lauren.c.bingham@usdoj.gov |
| Office of Immigration Litigation | |
| | |
| SARAH S. WILSON | |
| Senior Litigation Counsel | *Attorneys for Defendants-Respondents* |

| | |
|---|---|
| JOINT STIPULATION AND ORDER STAYING CASE         - 3 | U.S. Department of Justice, Civil Division Office of Immigration Litigation, District Court Section |
| Case No. 2:18-cv-928  MJP | PO Box 868, Ben Franklin Station Washington, DC 20044 Telephone (202) 616-4458 |

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. This case is STAYED during the pendency of mediation and any further proceedings at the Ninth Circuit. The parties are directed to confer and file a status report every ninety (90) days from the date of this Order or within fourteen (14) days of the resolution of mediation or of other proceedings at the Ninth Circuit.

DATED this 13th day of September, 2021.

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

JOINT STIPULATION AND ORDER STAYING CASE     - 4

CASE No. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458