1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

YOLANY PADILLA, et al.,

Plaintiffs,

v.

US IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

Defendants.

CASE NO. C18-928 MJP

STATUS REPORT ORDER

16

17    The Court raises this matter sua sponte after considering the Parties' Joint Status Report.

18  (Dkt. No. 174). The Court continues the stay in this matter and ORDERS the Parties to meet and

19  confer and file a joint status report within 90 days of entry of this order or within 14 days of the

20  resolution of mediation or of other proceedings at the Ninth Circuit, whichever is earlier.

21  \\

22  \\

23  \\

24  \\

STATUS REPORT ORDER - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated December 15, 2021.

3

4   Marsha J. Pechman
    United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STATUS REPORT ORDER - 2