UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| YOLANY PADILLA, et al., | CASE NO. C18-928 MJP |
|---|---|
| Plaintiffs, | STATUS REPORT ORDER |
| v. | |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The Court raises this matter sua sponte after considering the Parties' Joint Status Report. (Dkt. No. 176). The Court continues the stay in this matter and ORDERS the Parties to meet and confer and file a joint status report within 90 days of entry of this order or within 14 days of the resolution of mediation or of other proceedings at the Ninth Circuit, whichever is earlier.

\\
\\
\\
\\

STATUS REPORT ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated March 14, 2022.

Marsha J. Pechman
United States Senior District Judge