1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  YOLANY PADILLA, IBIS GUZMAN,      CASE NO. C18-928 MJP
    BLANCA  ORANTES, BALTAZAR
11  VASQUEZ,                          ORDER VACATING
                                      PRELIMINARY INJUNCTION AND
12          Plaintiffs-Petitioners,   DIRECTING FILING OF JOINT
                                      STATUS REPORT
13      v.

14  U.S. IMMIGRATION AND CUSTOMS
    ENFORCEMENT, et al.,
15
            Defendants-Respondents.
16

17

18      The Court issues this Order in light of the Ninth Circuit's Order and Mandate. (Dkt. No.

19  182.) The Ninth Circuit's Order directs the Court "to vacate the preliminary injunction and for

20  further consideration in light of the Supreme Court's decisions in Biden v. Texas, 142 S. Ct.

21  2528 (2022), Garland v. Aleman Gonzalez, 142 S. Ct. 2057 (2022), and Department of

22  Homeland Security v. Thuraissigiam, 140 S. Ct. 1959 (2020)." The Court therefore VACATES

23  the preliminary injunction. (Dkt. No. 110.)

24

1     The Court further ORDERS the Parties to meet and confer and file a Joint Status Report

2 setting forth the Parties' respective positions as to what briefing they would like to file to address

3 the authority cited by the Ninth Circuit's Order and the Parties' proposed trial date and case

4 deadlines that the Court should set. The Court urges the Parties to reach agreement on any

5 proposed briefing and case deadlines, as well as a trial date. The Joint Status Report must be

6 filed by no later than August 19, 2022.

7     The clerk is ordered to provide copies of this order to all counsel.

8     Dated July 29, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER VACATING PRELIMINARY INJUNCTION AND DIRECTING FILING OF JOINT STATUS REPORT
- 2