*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLAIM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COURT'S 7/29/22 ORDER**<br><br>NOTE ON MOTION CALENDAR: AUGUST 19, 2022. |

The parties hereby respond to this Court's order of July 29, 2022 (ECF no. 183), and advise the following.

On September 11, 2020, this Court stayed this case upon agreement of the parties, because the Government filed a petition for writ of certiorari in the United States Supreme Court. ECF no. 165. On January 11, 2021, the Supreme Court issued an order granting the Government's petition, vacating the decision of the Court of Appeals, and remanding to the Ninth Circuit "for further consideration in light of *Department of Homeland Security* v. *Thuraissigiam*, 591 U.S. ___

JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COURT'S 7/29/22 ORDER - 1
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

(2020)." *U.S. Immigration and Customs Enforcement v. Padilla*, 141 S. Ct. 1041 (Mem) (2021). On February 12, 2021, the Supreme Court issued its judgment remanding the case to the Ninth Circuit. *See* Ninth Circuit Docket no. 79.

On remand, the parties agreed to several periods of abeyance before the Ninth Circuit, to allow incoming Department of Justice and Department of Homeland Security officials to become familiar with this case. On July 7, 2021, the Ninth Circuit referred the case to the Circuit Mediator to explore the potential for settlement. *See* Ninth Circuit Docket no. 86.

After settlement talks concluded, the Ninth Circuit received briefing from the parties on the impact of the Supreme Court's decisions in *Biden v. Texas*, 142 S. Ct. 2528 (2022), *Garland v. Aleman Gonzalez*, 142 S. Ct. 2057 (2022). On June 30, 2022, the Ninth Circuit entered an order remanding this case to this court with instructions to vacate the preliminary injunction and for further consideration in light of the Supreme Court's decisions in *Biden v. Texas*, *Garland v. Aleman Gonzalez*, and *Department of Homeland Security v. Thuraissigiam*, 140 S. Ct. 1959 (2020). The mandate issued on July 29, 2022, and on the same date, this court entered an order vacating the preliminary injunction and ordering the parties to meet and confer and file a Joint Status Report setting forth the Parties' respective positions as to what briefing they would like to file to address the authority cited by the Ninth Circuit's Order and the Parties' proposed trial date and case deadlines that the Court should set. ECF no(s). 182-83.

The parties have discussed the next steps in this litigation over email and over the phone, and those discussion continue. The parties are hopeful that they will reach agreement on the next steps in this litigation, but need more time to complete those discussions. The parties request that this Court extend the deadline to respond to the Court's July 29, 2022 order (ECF no. 183) for an

JOINT STATUS REPORT
AND STIPULATION AND
ORDER EXTENDING
DEADLINE TO RESPOND TO
COURT'S
7/29/22 ORDER            - 2
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

additional two weeks (to and including Friday, September 2, 2022) so they can continue their discussions regarding the next steps in this case, a proposed trial date, and case deadlines. The parties suggest that this request satisfies the good cause requirement in Fed. R. Civ. Pro. 6(b), and represent that this request is not for the purpose of undue delay. Accordingly, the parties have attached a proposed order to that effect.

JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COURT'S 7/29/22 ORDER - 3
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 19th day of August, 2022.

| | |
|---|---|
| *s/ Matt Adams*<br>Matt Adams, WSBA No. 28287<br>Email: matt@nwirp.org<br><br>Aaron Korthuis, WSBA No. 53974<br>Email: aaron@nwirp.org<br><br>NORTHWEST IMMIGRANT<br>RIGHTS PROJECT<br>615 Second Avenue, Suite 400<br>Seattle, WA  98104<br>Telephone: (206) 957-8611<br>Facsimile: (206) 587-4025<br>*Attorneys for Plaintiffs-Petitioners* | Trina Realmuto*<br>Kristin Macleod-Ball *<br><br>NATIONAL IMMIGRATION<br>LITIGATION ALLIANCE<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org<br><br><br>Judy Rabinovitz*<br>Michael Tan*<br>Anand Balakrishnan*<br><br>ACLU IMMIGRANTS' RIGHTS<br>PROJECT<br>125 Broad Street, 18th floor<br>New York, NY 10004<br>(212) 549-2618<br><br>*Admitted *pro hac vice* |
| BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>EREZ REUVENI<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>SARAH S. WILSON<br>Assistant Director, Appellate Section | */s/ Lauren C. Bingham*<br>LAUREN C. BINGHAM, Fl. Bar #105745<br>Senior Litigation Counsel,<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-4458; (202) 305-7000 (fax)<br>lauren.c.bingham@usdoj.gov<br><br><br><br>*Attorneys for Defendants-Respondents* |

JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COURT'S 7/29/22 ORDER     - 4

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The deadline to file the Joint Status Report setting forth the Parties' respective positions as to what briefing they would like to file to address the authority cited by the Ninth Circuit's June 30, 2022 Order and the Parties' proposed trial date and case deadlines that the Court should set is extended to September 2, 2022.

DATED this __19th__ day of August, 2022.

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COURT'S 7/29/22 ORDER    - 5
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458