*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLIAM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institution in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928 MJP<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER FOR FURTHER STATUS REPORTS**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 2, 2022. |

The parties hereby respond to this Court's order of July 29, 2022 (ECF no. 183), and advise the following.

The parties have discussed the next steps in this litigation over email and over the phone, and those discussion continue. The parties have concluded that exploring settlement of the credible fear claims in this case may be fruitful at this time. The parties are planning to have a preliminary settlement discussion before determining whether this matter should be referred to mediation. Thus, the parties request that this Court set a deadline to provide a further status report to the Court

JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER FOR
FURTHER STATUS
REPORTS    - 1

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

in four weeks (to and including Friday, September 30, 2022) so they can propose a path forward for settlement discussions or propose the next steps for the litigation. Accordingly, the parties have attached a proposed order to that effect.

**JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER FOR
FURTHER STATUS
REPORTS** - 2

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 2nd day of September, 2022.

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
*Attorneys for Plaintiffs-Petitioners*

Trina Realmuto*
Kristin Macleod-Ball *

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Judy Rabinovitz*
Michael Tan*
Anand Balakrishnan*

ACLU IMMIGRANTS' RIGHTS
PROJECT
125 Broad Street, 18th floor
New York, NY 10004
(212) 549-2618

*Admitted *pro hac vice*


BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH S. WILSON
Assistant Director, Appellate Section

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Senior Litigation Counsel,
District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

*Attorneys for Defendants-Respondents*

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STATUS REPORTS** - 3

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

# [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The parties are required to submit a further status report on or before Friday, September 30, 2022 to propose a path forward for settlement discussions or propose the next steps for the litigation

DATED this ____ day of September, 2022.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STATUS REPORTS** - 4

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Sarah Wilson*
SARAH WILSON
Assistant Director

Attorney for Defendants-Respondents

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STATUS REPORTS - 5

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458