1

*The Honorable Marsha J. Pechman*

2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4
5
6

YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,

Plaintiffs-Petitioners,

v.

No. 2:18-cv-928  MJP

7
8
9
10
11
12
13
14
15
16
17

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); MATTHEW ALBENCE, Acting Director of ICE; KEVIN MCALEENAN, Acting Secretary of DHS; MARK MORGAN, Acting Commissioner of CBP; KEN CUCCINELLI, Acting Director of USCIS; MARC J. MOORE, Seattle Field Office Director, ICE, WILLIAM BARR, United States Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, warden of the Adelanto Detention Facility;

**JOINT STATUS REPORT AND ORDER FOR FURTHER STATUS REPORTS**

NOTE ON MOTION CALENDAR: SEPTEMBER 2, 2022.

18

Defendants-Respondents.

19
20

The parties hereby respond to this Court's order of July 29, 2022 (ECF no. 183), and advise the following.

21
22
23
24
25
26

The parties have discussed the next steps in this litigation over email and over the phone, and those discussion continue. The parties have concluded that exploring settlement of the credible fear claims in this case may be fruitful at this time. The parties are planning to have a preliminary settlement discussion before determining whether this matter should be referred to mediation. Thus, the parties request that this Court set a deadline to provide a further status report to the Court

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STATUS REPORTS** - 1

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

in four weeks (to and including Friday, September 30, 2022) so they can propose a path forward

for settlement discussions or propose the next steps for the litigation. Accordingly, the parties have

attached a proposed order to that effect.

**JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER FOR
FURTHER STATUS
REPORTS**      - 2
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1    RESPECTFULLY SUBMITTED this 2nd day of September, 2022.

2    _s/ Matt Adams_____          Trina Realmuto*
     Matt Adams, WSBA No. 28287              Kristin Macleod-Ball *
3    Email:  matt@nwirp.org
                                             NATIONAL IMMIGRATION
4    Aaron Korthuis, WSBA No. 53974          LITIGATION ALLIANCE
     Email: aaron@nwirp.org                  10 Griggs Terrace
5                                            Brookline, MA 02446
     NORTHWEST IMMIGRANT                     (617) 819-4447
6    RIGHTS PROJECT                          trina@immigrationlitigation.org
7    615 Second Avenue, Suite 400
     Seattle, WA  98104
8    Telephone: (206) 957-8611
     Facsimile: (206) 587-4025               Judy Rabinovitz*
9    Attorneys for Plaintiffs-Petitioners    Michael Tan*
                                             Anand Balakrishnan*
10
                                             ACLU IMMIGRANTS' RIGHTS
11                                           PROJECT
                                             125 Broad Street, 18th floor
12                                           New York, NY 10004
                                             (212) 549-2618
13
14                                           *Admitted pro hac vice
15
16
17
18
19   BRIAN M. BOYNTON                        /s/ Lauren C. Bingham
     Principal Deputy Assistant Attorney General  LAUREN C. BINGHAM, Fl. Bar #105745
20   Civil Division                          Senior Litigation Counsel,
                                             District Court Section
21   WILLIAM C. PEACHEY                      Office of Immigration Litigation
     Director, District Court Section        Civil Division
22   Office of Immigration Litigation        P.O. Box 868, Ben Franklin Station
                                             Washington, DC 20044
23   EREZ REUVENI                            (202) 616-4458; (202) 305-7000 (fax)
     Assistant Director, District Court Section  lauren.c.bingham@usdoj.gov
24   Office of Immigration Litigation
25   SARAH S. WILSON
     Assistant Director, Appellate Section   Attorneys for Defendants-Respondents
26

**JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER FOR
FURTHER STATUS
REPORTS**    - 3

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The parties are required to submit a further status report on or before Friday, September 30, 2022 to propose a path forward for settlement discussions or propose the next steps for the litigation

DATED this <u>6th</u> day of September, 2022.

_____

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

**JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER FOR
FURTHER STATUS
REPORTS**     - 4
CASE NO. 2:18-cv-928  MJP