1

*The Honorable Marsha J. Pechman*

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,

5

No. 2:18-cv-928  MJP

Plaintiffs-Petitioners,

6

v.

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER REQUIRING FURTHER STATUS REPORT**

7

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND

8

SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND

9

IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); TAE

10

D. JOHNSON, Acting Director of ICE; ALEJANDRO

NOTE ON MOTION

11

MAYORKAS, Secretary of DHS; CHRIS MAGNUS, Commissioner of CBP; UR M. JADDOU, Director of

CALENDAR: SEPTEMBER 30, 2022.

12

USCIS; ELIZABETH GODFREY, Seattle Field Office Director, ICE, MERRICK B. GARLAND, United States

13

Attorney General; LOWELL CLARK, warden of the Northwest Detention Center in Tacoma, Washington;

14

CHARLES INGRAM, Warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, Warden of

15

the Federal Correctional Institute in Victorville, California; JAMES JANECKA, Warden of the Adelanto Detention

16

Facility;

17

18

Defendants-Respondents.

19

The parties hereby respond to this Court's order of September 6, 2022 (ECF no. 189), and

20

advise the following.

21

The parties have discussed the next steps in this litigation over email and over the phone,

22

and those discussions continue, along with review of pertinent data. The parties continue to agree

23

that exploring settlement of the credible fear claims in this case may be fruitful at this time. The

24

parties are in discussion about how best to proceed, such as how this case should be handled during

25

26

mediation, and request that they be allowed to continue to discuss, so that they may propose to this

JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER
EXTENDING DEADLINE TO
RESPOND TO COURT'S
9/6/22 ORDER  - 1
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 305-7037

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Court a plan for referral to mediation if warranted, as well as propose how best to proceed with the bond hearing claims. Thus, the parties request that this Court set a deadline to provide a further status report to the Court in 60 days (to and including Tuesday, November 29, 2022) so they can propose a potential path forward for settlement discussions and propose the next steps for the bond hearing claims. Accordingly, the parties have attached a proposed order to that effect.

**JOINT STATUS REPORT**
**AND STIPULATION AND**
**[PROPOSED] ORDER**
**EXTENDING DEADLINE TO**
**RESPOND TO COURT'S**
**9/6/22 ORDER** - 2
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 305-7037

1  RESPECTFULLY SUBMITTED this 30th day of September, 2022.

2  *s/ Matt Adams*
   Matt Adams, WSBA No. 28287
3  Email: matt@nwirp.org

4  Aaron Korthuis, WSBA No. 53974
   Email: aaron@nwirp.org
5

6  NORTHWEST IMMIGRANT
   RIGHTS PROJECT
7  615 Second Avenue, Suite 400
   Seattle, WA  98104
8  Telephone: (206) 957-8611
   Facsimile: (206) 587-4025
9  *Attorneys for Plaintiffs-Petitioners*

10

11

12

13

14

15

16

17

18

19  BRIAN M. BOYNTON
    *Principal Deputy Assistant Attorney General*
20  Civil Division

21  WILLIAM C. PEACHEY
    Director, District Court Section
22  Office of Immigration Litigation

23  EREZ REUVENI
    Assistant Director, District Court Section
24  Office of Immigration Litigation

25  SARAH S. WILSON
    Assistant Director, Appellate Section
26

Trina Realmuto*
Kristin Macleod-Ball *

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Judy Rabinovitz*
Michael Tan*
Anand Balakrishnan*

ACLU IMMIGRANTS' RIGHTS
PROJECT
125 Broad Street, 18th floor
New York, NY 10004
(212) 549-2618

*Admitted *pro hac vice*

LAUREN C. BINGHAM
Senior Litigation Counsel

*/s/ Jesi J. Carlson*
JESI J. CARLSON
Senior Litigation Counsel
Appellate Section
Office of Immigration Litigation
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7037
Email:  jesi.j.carlson@usdoj.gov
*Attorneys for Defendants-Respondents*

JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER
EXTENDING DEADLINE TO
RESPOND TO COURT'S
9/6/22 ORDER  - 3
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 305-7037

1

**[PROPOSED] ORDER**

2       Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The parties are

3 required to submit a further status report on or before Tuesday, November 29, 2022 proposing a

4 path forward for any settlement discussions, as well as the next steps in litigation.

5

6

7                     DATED this ____ day of September, 2022.

8

9

10                                  _____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**JOINT STATUS REPORT
AND STIPULATION AND
[PROPOSED] ORDER
EXTENDING DEADLINE TO
RESPOND TO COURT'S
9/6/22 ORDER** - 4
CASE NO. 2:18-cv-928  MJP

                       U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 305-7037

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.


*/s/ Jesi J. Carlson*
JESI J. CARLSON
Senior Litigation Counsel


Attorney for Defendants-Respondents

**JOINT STATUS REPORT**
**AND STIPULATION AND**
**[PROPOSED] ORDER**
**EXTENDING DEADLINE TO**
**RESPOND TO COURT'S**
**9/6/22 ORDER** - 5
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 305-7037