# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. C18-928 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Joint Status Report. (Dkt. No. 191.) The Parties request another 60 day extension by which to submit a Joint Status Report as required by the Court in its July 29th Order (Dkt. No. 183). (See id.) The Court GRANTS the extension. The Joint Status Report as required by the July 29th Order must be filed by no later than November 29, 2022. No further extension of this deadline shall be granted.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed October 3, 2022.

          Ravi Subramanian
          Clerk of Court

          s/Serge Bodnarchuk
          Deputy Clerk

MINUTE ORDER - 2