UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. C18-928 MJP<br><br>ORDER DENYING REQUEST FOR REFERRAL TO MEDIATION |

This matter comes before the Court on the Parties' Joint Status Report, which includes a request for the Court to order this case to mediation. (Dkt. No. 193.) The Court DENIES this request.

As the Court indicated in a minute order responding to the Parties' last "Joint Status Report," the Parties were required by November 29, 2022 to "submit a Joint Status Report as required by the Court in its July 29th Order (Dkt. No. 183)." (Dkt. No. 192.) The Court also

stated that "[n]o further extension of this deadline shall be granted." (Id.) The Parties have failed to abide by the Court's Order and have not filed a Joint Status Report as required by its July 29th Order. Instead, the Parties request that the Court "refer" this matter to mediation. But the Local Rules do not require mediation and the Court finds no reason to stay this matter so that the parties can engage in mediation. The Parties are free to mediate and settle this case and propose a case schedule that might allow time for that process. But as the Court has made abundantly clear, the Parties must provide a proposed case schedule in a Joint Status Report so that the trial date and remaining case deadlines can be set. The Parties must therefore file a Joint Status Report as required by the July 29th Order by no later than December 7th. Failure to do so may result in sanctions.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 1, 2022.

Marsha J. Pechman
United States Senior District Judge