The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants-Respondents. | Case No. 2:18-cv-00928-MJP <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

The Court, having reviewed Plaintiffs' Motion for Leave to File Fourth Amended Complaint, finds good cause to allow the amendment and GRANTS the motion. The Court ORDERS Plaintiffs to file and serve the amended complaint within 14 days of the entry of this Order.

DATED this 11th day of January, 2023.

HONORABLE MARSHA J. PECHMAN
U.S. SENIOR DISTRICT JUDGE

ORDER GRANTING PLS.'
MOT. FOR LEAVE TO AM. COMPL. - 1
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Presented this 6th day of January, 2023, by:

| | |
|---|---|
| *s/ Matt Adams* <br> Matt Adams, WSBA No. 28287 | *s/ Trina Realmuto* <br> Trina Realmuto* |
| *s/ Aaron Korthuis* <br> Aaron Korthuis, WSBA No. 53974 | *s/ Kristin Macleod-Ball* <br> Kristin Macleod-Ball* |

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 957-8611
matt@nwirp.org
aaron@nwirp.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

*s/ Judy Rabinovitz*
Judy Rabinovitz*

*s/ Emma Winger*
Emma Winger*

*s/ Anand Balakrishnan*
Anand Balakrishnan*

ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th floor
New York, NY 10004
(212) 549-2618
jrabinovitz@aclu.org
abalakrishnan@aclu.org

AMERICAN IMMIGRATION COUNCIL
**1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7512
ewinger@immcouncil.org

*Admitted *pro hac vice*
**Application to DC bar pending; practice limited to federal courts

ORDER GRANTING PLS.' MOT. FOR LEAVE TO AMEND COMPL. - 2
Case No. 2:18-cv-928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611