Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

YOLANY PADILLA, *et al.*,

　　　　　Plaintiffs-Petitioners,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

　　　　　Defendants-Respondents.

Case No. 2:18-cv-00928-MJP

**ORDER GRANTING STIPULATION TO HOLD IN ABEYANCE DEFENDANTS' MOTION TO DISMISS THE CREDIBLE FEAR CLASS CLAIMS**

　　　The Court, having reviewed the Parties' Stipulation to Hold in Abeyance Defendants' Motion to Dismiss the Credible Fear Class Claim (Dkt. No. 206), hereby ORDERS that the stipulation is GRANTED, as modified by this Order. The Court will hold in abeyance its order on Defendants' Motion to Dismiss (Dkt. 200) for 30 days from entry of this Order. The Court will re-note the Motion to Dismiss to August 20, 2023. The Parties may request further time, but must do so by no later than August 17, 2023.

　　　DATED this 20th day of July, 2023.

Marsha J. Pechman
United States Senior District Judge