1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, *et al.*,

            Plaintiffs-Petitioners,

   v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

            Defendants-Respondents.

Case No. 2:18-cv-00928-MJP

**JOINT STATUS REPORT
REGARDING DEFENDANTS'
MOTION TO DISMISS**

      The parties hereby inform the Court that, pursuant to the Court's order, Dkt. 211, they have met and conferred and, in the interest of administrative efficiency and so as not to disturb the parties' continued finalization of the settlement agreement as to the Credible Fear Class claims, they would like the Court to hold in abeyance the entirety of Defendants' Motion to Dismiss, Dkt. 200, while they finalize their settlement with respect to the Credible Fear Class.

JOINT STATUS REPORT RE:
DEFS' MOTION TO DISMISS
Case No. 2:18 cv 00928-MJP - 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1    RESPECTFULLY SUBMITTED this 29th day of August, 2023.

2    *s/ Matt Adams*                  *s/ Trina Realmuto*
      Matt Adams, WSBA No. 28287        Trina Realmuto*

3    *s/ Aaron Korthuis*              *s/ Kristin Macleod-Ball*
4    Aaron Korthuis, WSBA No. 53974     Kristin Macleod-Ball*

5    *s/ Glenda M. Aldana Madrid*       NATIONAL IMMIGRATION LITIGATION
      Glenda M. Aldana Madrid, WSBA No. 46987   ALLIANCE
6                                  10 Griggs Terrace
      NORTHWEST IMMIGRANT RIGHTS       Brookline, MA 02446
7    PROJECT                            (617) 819-4447
      615 Second Avenue, Suite 400         trina@immigrationlitigation.org
8    Seattle, WA  98104                 kristin@immigrationlitigation.org
      (206) 957-8611
9    matt@nwirp.org                    *s/ Emma Winger*
      aaron@nwirp.org                  Emma Winger*
10   glenda@nwirp.org

                                 AMERICAN IMMIGRATION COUNCIL
11   *s/ Judy Rabinovitz*              American Immigration Council
      Judy Rabinovitz*                 1331 G Street NW, Suite 200
12                                  Washington, DC 20005
      *s/ Anand Balakrishnan*         (202) 507-7512
13   Anand Balakrishnan*           ewinger@immcouncil.org

14   ACLU IMMIGRANTS' RIGHTS PROJECT
      125 Broad Street, 18th Floor
15   New York, NY 10004
      (212) 549-2618
16   jrabinovitz@aclu.org
      abalakrishnan@aclu.org
17

18   *Attorneys for Plaintiffs and Class Members*
      *Admitted pro hac vice

19

20

21

22

23

JOINT STATUS REPORT RE:
DEFS' MOTION TO DISMISS
Case No. 2:18 cv 00928-MJP - 2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
Civil Division

2

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

3

4

EREZ REUVENI
Assistant Director, District Court Section

5

6

SARAH S. WILSON
Assistant Director, Appellate Section

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*/s/ Lauren C. Bingham*
LAUREN C. BINGHAM, Fl. Bar #105745
Senior Litigation Counsel,
District Court Section
Office of Immigration Litigation
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4458; (202) 305-7000 (fax)
lauren.c.bingham@usdoj.gov

JESI J. CARLSON
Senior Litigation Counsel, Appellate Section

*Attorneys for Defendants-Respondents*

JOINT STATUS REPORT RE:
DEFS' MOTION TO DISMISS
Case No. 2:18 cv 00928-MJP - 3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611