1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ, | CASE NO. C18-928 MJP |
|---|---|
| Plaintiffs, | ORDER ON STIPULATION TO HOLD RULING IN ABEYANCE |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

The Court has reviewed the Parties' Stipulation to Continue to Hold in Abeyance Defendants' Motion to Dismiss, through which they request the Court withhold ruling on the pending Motion to Dismiss for an additional 30 days. (Dkt. No. 213) The Court GRANTS the request and will withhold any ruling on the Motion to Dismiss for 30 days following the entry of this Order. But, absent a demonstration of compelling reasons, the Court will not delay the ruling any further.

\\

ORDER ON STIPULATION TO HOLD RULING IN ABEYANCE - 1

1       The clerk is ordered to provide copies of this order to all counsel.

2       Dated September 18, 2023.

3

4                                                 Marsha J. Pechman
                                                  United States Senior District Judge

ORDER ON STIPULATION TO HOLD RULING IN ABEYANCE - 2