Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, *et al.*,

               Plaintiffs-Petitioners,

   v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

             Defendants-Respondents.

Case No. 2:18-cv-00928-MJP

[PROPOSED] ORDER GRANTING
JOINT MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT AND REQUEST
FOR FAIRNESS HEARING

The Parties have filed a Joint Motion for Preliminary Approval of the class action

settlement. The Court has carefully considered the Credible Fear Class Settlement Agreement

(the "Agreement") together with all exhibits thereto, all the filings related to the settlement, the

arguments of counsel, and the record in this case. The Court hereby gives its preliminary

approval of the settlement; finds that the Agreement is sufficiently fair, reasonable, and adequate

to allow dissemination of notice of the Agreement ("Class Notice") to the Credible Fear Class

and to hold a Fairness Hearing; orders the Class Notice to be sent to the Credible Fear Class in

accordance with the Agreement and this Order; and schedules a Fairness Hearing to determine

whether the proposed settlement is fair, adequate, and reasonable.

[PROPOSED] ORDER GRANTING PRELIM.
APPROVAL OF CLASS SETTLMENT - 1
Case No. 2:18-cv-700928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

**IT IS HEREBY ORDERED THAT**:

1. The Agreement is hereby incorporated by reference in this Order, and all terms or phrases used in this Order shall have the same meaning as in the Agreement.

2. The Court preliminarily approves the Agreement, provisionally finding that the terms of the Agreement are fair, reasonable, and adequate as required by Fed. R. Civ. P. 23(e)(2), and within the range of possible approval and sufficient to warrant providing notice to the Credible Fear Class.

3. The Court previously certified the Credible Fear Class as "All detained asylum seekers in the United States subject to expedited removal proceedings under 8 U.S.C. § 1225(b) who are not provided a credible fear determination within ten days of the later of (1) requesting asylum or expressing a fear of persecution to a DHS official or (2) the conclusion of any criminal proceeding related to the circumstances of their entry, absent a request by the asylum seeker for a delayed credible fear interview." This is also the class for settlement purposes.

4. The Court finds that the proposed Credible Fear Class Notice and the proposed plan of distribution of the Class Notice meet the requirements of Federal Rule of Civil Procedure 23(e)(1) and hereby directs Class Counsel to proceed with the notice distribution in accordance with the terms of the Agreement. In so doing, the Court approves the procedures set forth in Section XI.B of the Agreement and the Notice of Settlement of Class Action for objections to the settlement.

5. Any Class Member who wishes to object to the Agreement must do so within 67 days of this Order. Notice must be effectuated within seven days of this order.

[PROPOSED] ORDER GRANTING PRELIM.
APPROVAL OF CLASS SETTLMENT - 2
Case No. 2:18-cv-700928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

6. The Court directs that a hearing be scheduled on January 5, 2024 at 10:00 a.m. (the "Fairness Hearing") to assist the Court in finally determining whether the settlement is fair, reasonable and adequate; and whether Final Judgment should be entered dismissing with prejudice the Credible Fear Class claims in the above-captioned action but retaining jurisdiction in this Court to interpret and enforce the Agreement for its duration. Plaintiffs shall file a motion for final approval of the settlement no later than 14 days before the Fairness Hearing.

7. The Agreement provides that Defendants shall pay Plaintiffs the amount of **$100,000** in attorneys' fees and costs. The Court preliminarily finds that the provisions for payment of attorneys' fees and costs are reasonable.

8. Neither the settlement, nor any exhibit, document, or instrument delivered thereunder shall be construed as or deemed to be evidence of an admission or concession by Defendants or an interpretation of any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiffs, Class Members, or any other person.

9. If the Agreement is not finally approved, or the Effective Date does not occur, or the settlement is terminated under its terms, then (a) all parties will proceed as if the Agreement (except those provisions that, by their terms, expressly survive disapproval or termination of the settlement) had not been executed and the related orders and judgment had not been entered, preserving in that event all of their respective claims and defenses in the action; and (b) all releases given will be null and void. In such an event, this Court's orders regarding the Agreement, including this Preliminary Approval Order, shall not be used or referred to in litigation for any purpose. Nothing in the foregoing

[PROPOSED] ORDER GRANTING PRELIM.
APPROVAL OF CLASS SETTLMENT - 3
Case No. 2:18-cv-700928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

paragraph is intended to alter the terms of the Agreement with respect to the effect of the Agreement if it is not approved.

10. The Parties' Joint Motion for Preliminary Approval of Proposed Class Settlement ("Motion") is hereby GRANTED. The Court hereby preliminarily approves the proposed class-wide relief set forth in the Agreement (attached to the Joint Motion), hereby approves the proposed form and plan of notice (addressed in the Agreement), and hereby schedules the Fairness Hearing.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2023.

Honorable Marsha Pechman
United States Senior District Judge

RESPECTFULLY SUBMITTED this 18th day of October, 2023.

s/ Matt Adams
Matt Adams, WSBA No. 28287

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987

NORTHWEST IMMIGRANT RIGHTS
PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
(206) 957-8611
matt@nwirp.org
aaron@nwirp.org
glenda@nwirp.org

s/ Trina Realmuto
Trina Realmuto*

s/ Kristin Macleod-Ball
Kristin Macleod-Ball*

NATIONAL IMMIGRATION LITIGATION
ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

s/ Emma Winger
Emma Winger*

AMERICAN IMMIGRATION COUNCIL
American Immigration Council

[PROPOSED] ORDER GRANTING PRELIM.
APPROVAL OF CLASS SETTLMENT - 4
Case No. 2:18-cv-700928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7512
ewinger@immcouncil.org

*Attorneys for Plaintiffs-Petitioners*
*Admitted pro hac vice

BRIAN M. BOYNTON                          */s/ Lauren C. Bingham*
*Principal Deputy Assistant Attorney General*   LAUREN C. BINGHAM, Fl. Bar #105745
Civil Division                             Senior Litigation Counsel,
                                           District Court Section
WILLIAM C. PEACHEY                         Office of Immigration Litigation
Director, District Court Section           Civil Division
Office of Immigration Litigation           P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
EREZ REUVENI                               (202) 616-4458; (202) 305-7000 (fax)
Assistant Director, District Court Section lauren.c.bingham@usdoj.gov

SARAH S. WILSON                            JESI J. CARLSON
Assistant Director, Appellate Section      Senior Litigation Counsel, Appellate Section

                                           DAVID KIM
                                           Trial Attorney, Appellate Section

                                           *Attorneys for Defendants-Respondents*