*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); PATRICK LECHLEITNER, Acting Director of ICE; ALEJANRO MAYORKAS, Secretary of DHS; TROY A. MILLER, Acting Commissioner of CBP; UR JADDOU, Director of USCIS; ELIZABETH GODFREY, Seattle Field Office Director, ICE; MARRICK GARLAND, United States Attorney General; BRUCE SCOTT, warden of the Northwest Detention Center in Tacoma, Washington; JAMES JANECKA, warden of the Adelanto Detention Facility;<br><br>Defendants-Respondents. | No. 2:18-cv-928  MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 14, 2023. |

The parties are in receipt of the Court's December 4, 2023, order on Defendant's motion to dismiss. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' response to the Fourth Amended Complaint would be due Monday, December 18, 2023. The parties hereby jointly stipulate and request that the Court extend the deadline to respond to the Fourth Amended Complaint for 30 days, until January 17, 2024. This date is after the scheduled fairness hearing on the proposed settlement of the Credible Fear Claims, which will allow to Defendants to determine whether any answer to the Credible Fear Claims in the Fourth Amended Complaint will at any point be necessary. This requested extension will also allow Defendants to complete the answer while accounting for pre-scheduled leave during the holiday season.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT- 1
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

RESPECTFULLY SUBMITTED this 14th day of December, 2023.

| | |
|---|---|
| s/ Matt Adams<br>Matt Adams, WSBA No. 28287<br>Email:  matt@nwirp.org<br><br>Aaron Korthuis, WSBA No. 53974<br>Email: aaron@nwirp.org<br><br>NORTHWEST IMMIGRANT<br>RIGHTS PROJECT<br>615 Second Avenue, Suite 400<br>Seattle, WA  98104<br>Telephone: (206) 957-8611<br>Facsimile: (206) 587-4025<br><br>Emma Winger*<br><br>AMERICAN IMMIGRATION COUNCIL<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>(202) 507-7512<br>ewinger@immcouncil.org | Trina Realmuto*<br>Kristin Macleod-Ball *<br><br>NATIONAL IMMIGRATION<br>LITIGATION ALLIANCE<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org<br><br>Judy Rabinovitz*<br>Anand Balakrishnan*<br><br>ACLU IMMIGRANTS' RIGHTS<br>PROJECT<br>125 Broad Street, 18th floor<br>New York, NY 10004<br>(212) 549-2618 |

*Attorneys for Plaintiffs-Petitioners*
*Admitted pro hac vice*

| | |
|---|---|
| BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>EREZ REUVENI<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>SARAH S. WILSON<br>Assistant Director, Appellate Section | /s/ Lauren C. Bingham<br>LAUREN C. BINGHAM, Fl. Bar #105745<br>Senior Litigation Counsel,<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-4458; (202) 305-7000 (fax)<br>lauren.c.bingham@usdoj.gov<br><br>DAVID KIM<br>Trial Attorney, Appellate Section<br><br>*Attorneys for Defendants-Respondents* |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT- 2

CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

**[PROPOSED]** ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. Defendants' answer deadline is extended to January 17, 2024.

DATED this 15th day of December, 2023.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT- 3

CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458