Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

YOLANY PADILLA, *et al.*,

    Plaintiffs-Petitioners,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

    Defendants-Respondents.

Case No. 2:18-cv-00928-MJP

**STIPULATED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS COUNT IV**

NOTED ON MOTION CALENDAR
December 22, 2023

The parties hereby request that this Court issue final approval of the Settlement Agreement (Dkt. 215-2) that this Court preliminarily approved on October 30, 2023. Concurrent with final approval, the parties also stipulate to dismiss Count IV of the Fourth Amended Complaint.[1]

As the parties detailed in the Agreement and the Class Notice (Dkt. 215-3), this Agreement provides substantial relief to class members as to the timeframe for completing credible fear interviews (CFIs) after a noncitizen expresses a fear of return to their country of origin while in Department of Homeland Security custody. The agreement further specifies a timeframe pursuant to which U.S. Customs and Border Protection or U.S. Immigration and

---

[1] The Court previously dismissed Count V, the other count relevant to the provisions of the settlement agreement.

J. MOT. FOR FINAL APPROVAL
OF CLASS SETTLEMENT AND TO
DISMISS COUNT IV - 1
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

Customs Enforcement employees must refer fear claims to U.S. Citizenship and Immigration Services (USCIS) for adjudication. The agreement specifies that where USCIS cannot complete the CFI within the required timeframe, an individual shall be placed into standard removal proceedings under 8 U.S.C. § 1229a, where they may apply for asylum before the immigration court.

As noted, on October 30, 2023, the Court preliminarily approved the settlement agreement in this case. Dkt. 216. Following the preliminary approval, Defendants posted the court-approved class notice at all detention centers throughout the country in English and Spanish. In addition, class counsel notified nationwide immigration list servs about the agreement and posted it on their organizational websites. The notice explained the benefits of the agreement, and also noted how class members could file written objections to the agreement with the Court. The notice additionally provided information about how class members may contact class counsel if they have questions about the agreement. To date, the parties have not received notice of any objections regarding the settlement agreement.

The parties continue to believe that this matter is best resolved by settlement and that the Agreement will eliminate the need for protracted litigation. Accordingly, they request that the Court issue final approval of the agreement at the Fairness Hearing on January 5, 2024.

As part of that final approval, Plaintiffs request that the Court approve an award of attorney's fees in the amount of $100,000.[2] Pursuant to Section IX of the Agreement, Defendants agreed to "pay Class counsel the sum of $100,000 to settle and resolve Plaintiffs' claims to all attorneys fees and costs . . . if such award is approved by the Court." In its order preliminarily approving this Agreement, the Court preliminarily found that this award was reasonable. Class

---

[2] Defendants have agreed not to oppose this request.

J. MOT. FOR FINAL APPROVAL
OF CLASS SETTLEMENT AND TO
DISMISS COUNT IV - 2
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

counsel have attached proof of some of their hours worked on this matter to this motion as Exhibit A.

The rates and amount of time billed to support his request are reasonable. In order to settle this case, Plaintiffs have agreed to a significantly reduced fee award. Exhibit A contains only the timekeeping data for attorneys from the Northwest Immigrant Rights Project; timekeeping for attorneys from the other organizations involved in this case would further increase the amount Plaintiffs might have sought. Notably, the requested rates are similar to those approved by other judges in complex class action immigration litigation in this district. *See Wagafe v. Trump*, No. C17-94 RAJ, 2019 WL 954980, at *6 (W.D. Wash. Feb. 27, 2019); *see also* Ex. B (fee proposal in *Mendez Rojas*, providing for hourly rate for Matt Adams of up to $899 an hour); Ex. C (then-Chief Judge Martinez's approval of the settlement agreement using these rates). Exhibit A also reflects that Plaintiffs request only fees for matters that can be attributed to the Credible Fear Class claims, such as work on the on the amended complaints and the class certification motion. Accordingly, the requested amount of $100,000 is reasonable.

A proposed order granting final approval and dismissing Count IV is attached to this stipulation.

RESPECTFULLY SUBMITTED this 22nd day of December, 2023.

| | |
|---|---|
| s/ Matt Adams<br>Matt Adams, WSBA No. 28287 | s/ Trina Realmuto<br>Trina Realmuto* |
| s/ Aaron Korthuis<br>Aaron Korthuis, WSBA No. 53974 | s/ Kristin Macleod-Ball<br>Kristin Macleod-Ball* |
| s/ Glenda M. Aldana Madrid<br>Glenda M. Aldana Madrid, WSBA No. 46987<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT<br>615 Second Avenue, Suite 400 | NATIONAL IMMIGRATION LITIGATION ALLIANCE<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>trina@immigrationlitigation.org |

J. MOT. FOR FINAL APPROVAL OF CLASS SETTLEMENT AND TO DISMISS COUNT IV - 3
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

| | |
|---|---|
| Seattle, WA 98104 | kristin@immigrationlitigation.org |
| (206) 957-8611 | |
| matt@nwirp.org | s/ Emma Winger |
| aaron@nwirp.org | Emma Winger* |
| glenda@nwirp.org | |
| | AMERICAN IMMIGRATION COUNCIL |
| | American Immigration Council |
| | 1331 G Street NW, Suite 200 |
| | Washington, DC 20005 |
| | (202) 507-7512 |
| | ewinger@immcouncil.org |
| | |
| | Attorneys for Plaintiffs and Class Members |
| | *Admitted pro hac vice |

| | |
|---|---|
| BRIAN M. BOYNTON | /s/ Lauren C. Bingham |
| *Principal Deputy Assistant Attorney General* | LAUREN C. BINGHAM, Fl. Bar #105745 |
| Civil Division | Senior Litigation Counsel, |
| | District Court Section |
| WILLIAM C. PEACHEY | Office of Immigration Litigation |
| Director, District Court Section | Civil Division |
| Office of Immigration Litigation | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| EREZ REUVENI | (202) 616-4458; (202) 305-7000 (fax) |
| Assistant Director, District Court Section | lauren.c.bingham@usdoj.gov |
| | |
| SARAH S. WILSON | JESI J. CARLSON |
| Assistant Director, Appellate Section | Senior Litigation Counsel, Appellate Section |
| | |
| | DAVID KIM |
| | Trial Attorney, Appellate Section |
| | |
| | *Attorneys for Defendants-Respondents* |

J. MOT. FOR FINAL APPROVAL
OF CLASS SETTLEMENT AND TO
DISMISS COUNT IV - 4
Case No. 2:18-cv-00928-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611