UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | CASE NO. C18-928 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

During the hearing on January 5, 2024, the Court provided its oral ruling on and GRANTED Plaintiffs' Motion to Modify the Case Schedule. (Dkt. No. 220.) As the Court explained at the hearing, the Court ORDERS the Parties to meet and confer and provide a proposed case schedule by January 31, 2024. The Court will set a new case schedule after reviewing the Parties' submission.

MINUTE ORDER - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed January 5, 2024.

                        Ravi Subramanian
                        Clerk of Court

                        s/Kathleen Albert
                        Deputy Clerk

MINUTE ORDER - 2