*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,

Plaintiffs-Petitioners,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); PATRICK LECHLEITNER, Acting Director of ICE; ALEJANRO MAYORKAS, Secretary of DHS; TROY A. MILLER, Acting Commissioner of CBP; UR JADDOU, Director of USCIS; ELIZABETH GODFREY, Seattle Field Office Director, ICE; MARRICK GARLAND, United States Attorney General; BRUCE SCOTT, warden of the Northwest Detention Center in Tacoma, Washington; JAMES JANECKA, warden of the Adelanto Detention Facility;

Defendants-Respondents.

No. 2:18-cv-928 MJP

**SECOND JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR: January 16, 2024.

On December 15, 2023, this Court granted the parties first Joint Stipulation and [Proposed] Order Extending the Deadline to Answer Fourth Amended Complaint to January 17, 2024. ECF 219 (originally due on December 18, 2023). The parties hereby jointly stipulate and request that the Court extend the deadline to respond to the Fourth Amended Complaint for an additional two days, until January 19, 2024, due to inclement weather in the Washington, D.C. metro area resulting in the closure of Federal office buildings and local schools.  This requested extension will allow Defendants to coordinate with relevant client agencies and finalize the answer in light of these weather-related disruptions.

SECOND JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ANSWER FOURTH AMENDED COMPLAINT- 1
CASE NO. 2:18-cv-928 MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458

1    RESPECTFULLY SUBMITTED this 16th day of January, 2024.

2    *s/ Matt Adams*                    Trina Realmuto*
     Matt Adams, WSBA No. 28287         Kristin Macleod-Ball *
3    Email:  matt@nwirp.org

4    Aaron Korthuis, WSBA No. 53974     NATIONAL IMMIGRATION
     Email: aaron@nwirp.org             LITIGATION ALLIANCE
5                                       10 Griggs Terrace
                                        Brookline, MA 02446
6    NORTHWEST IMMIGRANT                (617) 819-4447
     RIGHTS PROJECT                     trina@immigrationlitigation.org
7    615 Second Avenue, Suite 400
     Seattle, WA  98104
8    Telephone: (206) 957-8611          Judy Rabinovitz*
     Facsimile: (206) 587-4025          Anand Balakrishnan*
9
10   Emma Winger*                       ACLU IMMIGRANTS' RIGHTS
                                         PROJECT
11   AMERICAN IMMIGRATION COUNCIL       125 Broad Street, 18th floor
     American Immigration Council       New York, NY 10004
12   1331 G Street NW, Suite 200        (212) 549-2618
     Washington, DC 20005
13   (202) 507-7512
14   ewinger@immcouncil.org

15
     *Attorneys for Plaintiffs-Petitioners*
16   *Admitted *pro hac vice*

17

18   BRIAN M. BOYNTON                   */s/ Lauren C. Bingham*
     *Principal Deputy Assistant Attorney General*   LAUREN C. BINGHAM, Fl. Bar #105745
19   Civil Division                     Senior Litigation Counsel,
                                         District Court Section
20   WILLIAM C. PEACHEY                 Office of Immigration Litigation
     Director, District Court Section   Civil Division
21   Office of Immigration Litigation   P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
22   EREZ REUVENI                       (202) 616-4458; (202) 305-7000 (fax)
     Assistant Director, District Court Section   lauren.c.bingham@usdoj.gov
23   Office of Immigration Litigation

24   SARAH S. WILSON                    DAVID KIM
     Assistant Director, Appellate Section   Trial Attorney, Appellate Section
25
                                         *Attorneys for Defendants-Respondents*
26

SECOND JOINT                                    U.S. Department of Justice, Civil Division
STIPULATION AND                    Office of Immigration Litigation, District Court Section
[PROPOSED] ORDER                                   PO Box 868, Ben Franklin Station
EXTENDING DEADLINE TO                                        Washington, DC 20044
ANSWER FOURTH                                            Telephone (202) 616-4458
AMENDED COMPLAINT- 2

CASE No. 2:18-cv-928  MJP

1

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. Defendants' answer deadline is extended to January 19, 2024.


DATED this 17th day of January, 2024.


_____

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

 SECOND JOINT
STIPULATION AND
[~~PROPOSED~~] ORDER
EXTENDING DEADLINE TO
ANSWER FOURTH
AMENDED COMPLAINT- 3
CASE NO. 2:18-cv-928  MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458