FILED

APR 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOLANY PADILLA, et al.;<br><br>Plaintiffs - Respondents,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.;<br><br>Defendants - Petitioners. | No. 24-1736<br><br>D.C. No.<br>2:18-cv-928<br>Western District of Washington, Seattle<br><br>ORDER |

Before: HAWKINS, S.R. THOMAS, and BADE, Circuit Judges.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).